**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BW Industries Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2292459** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **700 Van Ness Avenue** **Fresno, CA 93721** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fresno** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.bitwiseindustries.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | BW Industries Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5419__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

| Debtor | **BW Industries Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| | Debtor | **See attached Annex A** | Relationship | |
|---|---|---|---|---|
| | District | | When | Case number, if known |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **BW Industries Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**
                MM / DD / YYYY

**X** **/s/ Ollen Douglass**                          **Ollen Douglass**
Signature of authorized representative of debtor        Printed name

Title   **Interim President**

**18. Signature of attorney**

**X** **/s/ William E. Chipman, Jr.**                  Date  **June 28, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**William E. Chipman, Jr.**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 295-0191**        Email address   **chipman@chipmanbrown.com**

**3818 DE**
Bar number and State

## ANNEX 1 – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 7 of the United States Code, substantially contemporaneously with the filing of this petition.

|     | DEBTOR'S NAME | DEBTOR'S EIN |
| --- | --- | --- |
| 1. | BW Industries Inc. | 84-2292459 |
| 2. | Bitwise Industries, Inc. | 47-1635652 |
| 3. | BWRD, LLC | 82-4789692 |
| 4. | Alpha Works Technologies, LLC | 82-1008307 |
| 5. | Bruce's Bagels, Beverages, and Bites, LLC | 82-5035590 |

# RESOLUTIONS OF THE GOVERNING BODIES OF
## BW INDUSTRIES INC.,
## BITWISE INDUSTRIES, INC.,
## ALPHA WORKS TECHNOLOGIES, LLC,
## BWRD, LLC, AND
## BRUCE'S BAGELS, BEVERAGES, & BITES, LLC

### June 28, 2023

**WHEREAS**, BW Industries Inc., a Delaware corporation ("**BWI**") is the sole stockholder of Bitwise Industries, Inc., a California corporation ("**Bitwise**"), its direct wholly owned subsidiary;

**WHEREAS**, BWI is the sole Member of Alpha Works Technologies, LLC, a California Limited Liability Company ("**Alpha Works**"), and BWRD, LLC, a California Limited Liability Company ("**BWRD**"), and Bruce's Bagels, Beverages, & Bites, LLC, a California Limited Liability Company ("**BBBB**"), its direct wholly owned subsidiaries;

**WHEREAS**, Bitwise is the Manager of Alpha Works, BWRD and BBBB;

**WHEREAS**, the board of directors, or manager, of each of BWI, Bitwise, Alpha Works, BWRD, and BBBB, as applicable (in each case, the "**Governing Body**") of each of BWI, Bitwise, Alpha Works, BWRD, and BBBB (collectively, the "**Companies**" and each such entity, a "**Company**") has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of such each Company regarding the liabilities and liquidity of such Company, including that the Companies do not have sufficient capital to maintain operations and the impact of the foregoing on such Company's businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider options available considering that the Companies do not have sufficient capital to maintain operations;

**WHEREAS**, the Governing Body of each Company has reviewed, considered, and received the recommendation of senior management of such Company and the advice of such Company's professionals and advisors with respect to the options available to such Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**");

**WHEREAS**, the undersigned, being the Governing Body of each of the Companies, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the California General Corporation Law, and the applicable governing documents of each such Company, hereby adopt the following resolutions by written consent;

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the financial state of the Companies and the recommendations of senior management of each of the Companies and the advice of each of the Companies' professionals and advisors, the Governing Body has determined

in its business judgment that it is in the best interest of each of the Companies, their creditors, shareholders, members, and other interested parties, and stakeholders that a voluntary petition be filed by each of the Companies under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (each a "**Bankruptcy Petition**"); and it is

FURTHER RESOLVED, that Ollen Douglass, and any other officer or person designated and so authorized to act (each, an "**Authorized Person**") are, and each hereby is, authorized, empowered and directed, in the name and on behalf of each of the Companies (a) to execute, verify and file on behalf of each of the Companies all documents necessary or appropriate in connection with the filing of each Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with each Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with each Company's Chapter 7 case (the "**Bankruptcy Case**"); (c) appear as necessary at all bankruptcy proceedings on behalf of each Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Chipman Brown Cicero & Cole, LLP as counsel to assist the Companies in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Companies' duties under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

FURTHER RESOLVED, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ Stretto, Inc. to assist the Companies in preparing (i) schedules of assets and liabilities; and (ii) statements of financial affairs, necessary for filing for relief under Chapter 7 of the Bankruptcy Code, and the officers of the Companies are hereby authorized and directed to execute retention agreements and pay retainers prior to the filing of the bankruptcy cases; and it is

FURTHER RESOLVED, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any Authorized Person in connection with the Bankruptcy Cases, or any further action to seek relief on behalf of each Company under Chapter 7 of the Bankruptcy Code, or in connection with the Bankruptcy Cases, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of such Company; and it is

FURTHER RESOLVED, that the acts, actions and transactions heretofore taken by the officers of each Company or the Directors of each Company in the name of and on behalf of each Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

DocuSigned by:

*Mitchell D. Kapor*

71A177D1E32545F...

Name: Mitchell D. Kapor

_____

Name: Paula Pretlow

_____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor


_____

Name: Paula Pretlow

_Ollen Douglass_
DocuSigned by:
A6DDB5C0A00C4C0...

_____

Name: Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of BW Industries Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor

_____

Name: Paula Pretlow

_____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

Name: Mitchell D. Kapor

_____

Name: Paula Pretlow

_____

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor

*Paula B. Pretlow*
414F5BB5DA15411...
_____

Name: Paula Pretlow

_____

Name:  Ollen Douglass

DocuSign Envelope ID: 4359C08F-D6EE-4173-BB74-2E6593AB94B5

**IN WITNESS WHEREOF**, the undersigned, being all members of the board of directors of Bitwise Industries, Inc., have executed this written consent as of the date first set forth above.

_____

Name: Mitchell D. Kapor

_____

Name: Paula Pretlow

DocuSigned by:

*Ollen Douglass*

A6DDB5C0A00C4C0...

Name:  Ollen Douglass

**IN WITNESS WHEREOF**, the undersigned, being the sole member of Alpha Works Technologies, Inc., has executed this written consent as of the date first set forth above.

**BITWISE INDUSTRIES, INC.**

By: _____

Name: Ollen Douglass

Title: Authorized Signatory

**IN WITNESS WHEREOF**, the undersigned, being the sole member of BWRD, LLC, has executed this written consent as of the date first set forth above.

**BITWISE INDUSTRIES, INC.**

By: *Ollen Douglass*

DocuSigned by:

A6DDB5C0A00C4C0...

Name:  Ollen Douglass

Title:  Authorized Signatory

**IN WITNESS WHEREOF**, the undersigned, being the sole member of Bruce's Bagels, Beverages, & Bites, LLC, has executed this written consent as of the date first set forth above.

BITWISE INDUSTRIES, INC.

By:  _Ollen Douglass_  _____

Name:  Ollen Douglass

Title:  Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BW Industries Inc., | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 84-2292459 | ) |
| | ) |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the authorized officer of BW Industries Inc. ("**BWI**") certifies that no corporate entities directly own 10% or more of BWI's equity interest.

00052525.1

**Fill in this information to identify the case:**

Debtor name    **BW Industries Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2023**     X **/s/ Ollen Douglass**
                                  Signature of individual signing on behalf of debtor

                                  **Ollen Douglass**
                                  Printed name

                                  **Interim President**
                                  Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BW Industries Inc., | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 84-2292459 | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Bitwise Industries, Inc., | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 47-1635652 | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BWRD, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-4789692 | ) |
| | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Alpha Works Technologies, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-1008307 | ) |
| | ) |

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 82-5035590 | ) |
| | ) |

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS**

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Chipman Brown Cicero & Cole, LLP ("**CBCC**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petition of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with this bankruptcy case is as follows:

| | |
|---|---|
| For legal services, CBCC agreed to accept: | $100,000.00[1] |
| Prior to the filing of this statement, CBCC received: | $100,000.00 |
| Balance Due | $0.00 |

2.    The source of the compensation paid to the Firm was:

☑ Debtor BW Industries, Inc.        ☐ Other (Specify):

3.    The source of compensation to be paid to the Firm was:

☑ Debtor BW Industries, Inc.        ☐ Other (Specify):

4.

☑ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy cases until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

a.    advise in connection with the preparation of the petitions, schedules of assets and liabilities, statements of financial affairs, schedules of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

b.    representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

---

[1]    Prior to the Petition Date and pursuant to a written engagement agreement, on June 9, 2023, the Firm received an $100,000.00 retainer for restructuring advice and bankruptcy planning for BW Industries Inc., Bitwise Industries, Inc., BWRD, LLC, Alpha Works Technologies, LLC and Bruce's Bagels, Beverages, and Bites, LLC (the "**Retainer**").  The Retainer was fully drawn and fully earned by the Firm.  All funds received from the Debtors were transferred from the Firm's attorney trust account to its operating account prior to the filing of this case.

c.    representation of the Debtors as may otherwise be required to advise the Debtors regarding its rights and responsibilities as a debtor under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated:  June 28, 2023
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:       (302) 295-0199
Email:             chipman@chipmanbrown.com
              olivere@chipmanbrown.com

*Counsel for the Debtors*

**United States Bankruptcy Court**
**District of Delaware**

In re    **BW Industries Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Interim President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **June 28, 2023** _____    **/s/ Ollen Douglass** _____

**Ollen Douglass**/**Interim President**
Signer/Title

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 1635 M. St. Merced, LLC | Attn: Property Manager | 3848 McHenry Ave | Ste 135 | Modesto | CA | 95356 |
| 1680 14th Street, LLC | 700 Van Ness Ave | | | Fresno | CA | 93721 |
| 1701 18th Street, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 1701 Partners, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 1715 18th Street, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 1723 18th Street, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 1861 (Wire 60603835) | | | | | | |
| 2112, LLC | | | | | | |
| 747 R Street, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| 906 Ventures, LLC | Attn: Investment Department | 191 University Blvd #233 | | Denver | CO | 80206 |
| A&M Consulting Engineers | Attn: Orfil Muniz | 220 N Locust St | | Visalia | CA | 93291 |
| Adriana Orozco | Address Redacted | | | | | |
| Adriana Soto | Address Redacted | | | | | |
| Agri Capital (Maxwell) | 23400 Road 24 | | | Chowchilla | CA | 93610 |
| AGRI CAPITAL, INC. and CA AG, LLC | Whitney, Thompson & Jeffcoach LLP | Attn: Timothy L. Thompson, Nikole E. Cunningham, Jacob S. Sarabian | 970 W. Alluvial Ave. | Fresno | CA | 93711 |
| Agriland Farming Company, Inc. | Attn: B. Maxwell | 23400 Rd 24 | | Chowchilla | CA | 93610 |
| AHBH, LLC (Hardie) | 331 W Shields Ave | | | Fresno | CA | 93711 |
| Aimee Cubbage | Address Redacted | | | | | |
| Al O'Kelly | Address Redacted | | | | | |
| Alejandro Gutierrez | Address Redacted | | | | | |
| Alexa VanHooser | Address Redacted | | | | | |
| Alison Torres | Address Redacted | | | | | |
| Alissa Turnipseed | Address Redacted | | | | | |
| Allison Thurner | Address Redacted | | | | | |
| ALPHA WORKS TECHNOLOGIES, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Alpha Works, LLC | 700 Van Ness Ave | | | Fresno | CA | 93721 |
| Alwyn Green | Address Redacted | | | | | |
| Alynia Phillips | Address Redacted | | | | | |
| Amanda Gee | Address Redacted | | | | | |
| Amendola Investments | Address Redacted | | | | | |
| Amendola Investments | c/o Coleman & Horowitt, LLP | Attn: Darryl Horowitt and Steven Smith | 499 West Shaw Avenue, Suite 116 | Fresno | CA | 93704-3525 |
| Amir Rezvani Sarabi | Address Redacted | | | | | |
| Amy Thelen | Address Redacted | | | | | |
| Anastasia Allen | Address Redacted | | | | | |
| Andres Vargas Quintana | Address Redacted | | | | | |
| Andrew DeSanctis | Address Redacted | | | | | |
| Andrew Pethoud | Address Redacted | | | | | |
| Angelica Cano | Address Redacted | | | | | |
| Angelillo Family Trust Credit Trust | 3550 W. Buena Vista | | | Fresno | CA | 93711 |
| Angelillo, Neil | Address Redacted | | | | | |
| Angelillo, Neil | Address Redacted | | | | | |
| Anna Ingels | Address Redacted | | | | | |
| Arizona Department of Revenue | P.O. Box 29085 | | | Phoenix | AZ | 85038 |
| Armenian Cultural Foundation | Attn: Raffy Chekerdemian | 2348 Ventura Ave | | Fresno | CA | 93721 |
| Arturo Ceballos | Address Redacted | | | | | |
| Arturo Ceballos (Wire# 58407666) | Address Redacted | | | | | |
| Aryca Gordon | Address Redacted | | | | | |
| Ashley Early | Address Redacted | | | | | |
| Ava Turner | Address Redacted | | | | | |
| Bako Tees | Attn: Dena Polland | 534 Charlana Dr | | Bakersfield | CA | 93308 |
| Bank of America | 555 California Street | Mail code CA5-705-06-47 | | San Francisco | CA | 94104 |
| Basim Elayan | Address Redacted | | | | | |
| BDO | PO Box 642743 | | | Pittsburgh | PA | 15264-2743 |
| Beecher, James F. | Address Redacted | | | | | |
| Beecher, James F. | Address Redacted | | | | | |
| Benjamin Strickland | Address Redacted | | | | | |
| Best Buddies | Attn: Lori Penaloza | 100 SE 2nd St | | Miami | FL | 33131 |

In re: BW Industries Inc.

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Bethany E Mily (Wire# 58395837) | 149 N Edgewood Ave | | | La Grange | IL | 60525 |
| Bethany Mily | Address Redacted | | | | | |
| Bill.com | 6220 America Center Drive, Suite 100 | | | San Jose | CA | 95002 |
| Bitwise Impact | 700 Van Ness Ave | | | Fresno | CA | 93721 |
| Bitwise Industries, Inc. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| BITWISEBKF, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| BLDG Serves, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Boredom Busters Social Events & Travel Excursions | Attn: Ileana "Bebe" Perez | 700 Van Ness Avenue, Suite 002 | | Fresno | CA | 93721 |
| Brandon Madueno | Address Redacted | | | | | |
| Brian Gadberry | Address Redacted | | | | | |
| Brittany Stevens | Address Redacted | | | | | |
| Bruce's Bagels, Beverages, and Bites LLC dba Railway | Attn: Jennifer Sanderson | 700 Van Ness Avenue | | Fresno | CA | 93721 |
| Bruce's Bagels, Beverages, and Bites LLC [Reset Bar] | Attn: Jennifer Sanderson | 700 Van Ness Ave | | Fresno | CA | 93721 |
| Bryan Feil | Address Redacted | | | | | |
| Bryan Vazquez | Address Redacted | | | | | |
| Buckingham Gordon LLC | Attn: Ty Notestine | P.O. Box 535 | | Greeley | CO | 80632 |
| Buffalo Innovation Center, LLC | Attn: BW Industries Inc. | 700 Van Ness Ave | | Fresno | CA | 93721 |
| Burning Glass International, Inc. | 66 Long Wharf | 2nd Floor | | Boston | MA | 2110 |
| Butte County Office of Education | Attn: Shelle Hord | 2015 J St. Suite 205 | | Sacramento | CA | 95811 |
| BWRD, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| CA Ag (Maxwell) | 23400 Road 24 | | | Chowchilla | CA | 93610 |
| CAD Tavern, Inc. [CAD Properties] | 420 Madison Ave | | | Toledo | OH | 43604 |
| Camber Road Partners, Inc. | 4999 France Avenue S | Ste 216 | | Minneapolis | MN | 55410 |
| Cameron Forgey | Address Redacted | | | | | |
| Cameron Gose | Address Redacted | | | | | |
| Carl Deese | Address Redacted | | | | | |
| Caryn Nightengale | Address Redacted | | | | | |
| Caryn Nightengale | Address Redacted | | | | | |
| Catalyst Communications, Inc. | The Folland Law Group | Attn: Brian N. Folland | 8050 N. Palm Ave., Suite 300 | Fresno | CA | 93711 |
| Celeste Barron | Address Redacted | | | | | |
| Center for Employment Opportunities | Attn: Emily Hackworth | 50 Broadway | Ste 1604 | New York | NY | 10004 |
| Central Valley Community Foundation | 5260 N. Palm Avenue | Suite 122 | | Fresno | CA | 93704 |
| Central Valley Justice Coalition | Attn:Christa Wiens | 764 P Street, Suite 020 | | Fresno | CA | 93703 |
| Central Valley Scholars | Attn: Michael Pina | 700 Van Ness Ave, Suite 238 | | Fresno | CA | 93721 |
| Central Valley Scholars | Attn: Michael Pina | 700 Van Ness Ave, Suite 005 | | Fresno | CA | 93721 |
| Chadne Kidd | Address Redacted | | | | | |
| Chanelle (Wire# 58408944) | 1612 Fulton St #110 | | | Fresno | CA | 93721 |
| Channelle Charest | Address Redacted | | | | | |
| Channelle Charest | Address Redacted | | | | | |
| Charlene Collazo | Address Redacted | | | | | |
| Charles Ayala | Address Redacted | | | | | |
| Chase Carter as individual and Jackie Carter an individual | Address Redacted | | | | | |
| Chata Cartaciano | Address Redacted | | | | | |
| Chaz Williams | Address Redacted | | | | | |
| Chika Creative, LLC | Address Redacted | | | | | |
| Christina Hartman | Address Redacted | | | | | |
| Christina Robertson | Address Redacted | | | | | |
| Christopher Banks | Address Redacted | | | | | |
| Christopher Conard | Address Redacted | | | | | |
| Christopher Hawkins | Address Redacted | | | | | |
| Christopher Merrida | Address Redacted | | | | | |
| Chrystine Villarreal | Address Redacted | | | | | |
| Cisco Systems Capital Corp | 1111 Old Eagle School Road | | | Wayne | PA | 19087 |
| City of Fresno | Attn: Courtney Espinoza | Grants Management Unit | 2600 Fresno Street | Fresno | CA | 93721 |
| City of Fresno | Attn: Kelly Trevino | 2600 Fresno Street | | Fresno | CA | 93721 |
| Civic Education Center | Attn: Stephen Morris | 700 Van Ness | | Fresno | CA | 93721 |
| Claire Sarpel | Address Redacted | | | | | |
| Clark Financial Enterprises LLC | 5419 W Huffman Ave | | | Fresno | CA | 93722 |

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Claudia Flores | Address Redacted | | | | | |
| Coby Fielding | Address Redacted | | | | | |
| Coffeehouse Capital LLC | Attn: Tommy Lopez | 2061 Boccioni Lane | | Clovis | CA | 93611 |
| Coleman, Thomas and Lisa | Address Redacted | | | | | |
| Colorado Department of Revenue | Taxation Division | 1375 Sherman St. | | Denver | CO | 80203 |
| Communities for a New California Education Fund | Attn: Pablo Rodríguez | 4120 Douglas Blvd #308-416 | | Granite Bay | CA | 95746 |
| Community Foundation of Merced County | Attn: Danny Royer | PO Box 3846 | | Merced | CA | 95340 |
| Community Health Improvement Partner | Attn: Tracey Stevens | 5095 Murphy Canyon Road | Ste. 105 | San Diego | CA | 92123 |
| Community Services Employment Training | Attn: Raquel Roa | 312 NW 3rd Ave | | Visalia | CA | 93291 |
| Controller Tactics | | | | | | |
| Convertible Notes (No detail provided) | | | | | | |
| Corey Shuman | Address Redacted | | | | | |
| Cory Wyse | Address Redacted | | | | | |
| County of Alameda | 1221 Oak Street | Suite 555 | | Oakland | CA | 94612 |
| Creditor Unknown - Beginning Balance Loans on G/L\ | | | | | | |
| Creditor Unknown 3/6 Wire | | | | | | |
| Creditor Unknown- Audit AJE | | | | | | |
| Crystal Maldonado | Address Redacted | | | | | |
| Dana Lucio | Address Redacted | | | | | |
| Daneen Johnson | Address Redacted | | | | | |
| Darren Agellon | Address Redacted | | | | | |
| David Goforth | Address Redacted | | | | | |
| David Letchman | Address Redacted | | | | | |
| David Orozco | Address Redacted | | | | | |
| David Ramirez | Address Redacted | | | | | |
| Debbie Pacheco | Address Redacted | | | | | |
| Deidra Wallert | Address Redacted | | | | | |
| Del Real and Company Inc. | 957 Columbia Ave | | | Merced | CA | 95340 |
| Delaware Franchise Taxes | PO Box 2044 | | | Wilmington | DE | 19899 |
| Deorinio Agellon | Address Redacted | | | | | |
| Derek Payton | Address Redacted | | | | | |
| Design HUB | Attn: Alfredo Ortega | 1610 Jenkins Ave #303 | | Bakersfield | CA | 93314 |
| Destiny Cedano | Address Redacted | | | | | |
| Detra Sheard-White | Address Redacted | | | | | |
| Dickinson Wright, PLLC | 1825 I Street, N.W., Suite 900 | | | Washington | DC | 20006 |
| Donald & Judith Peracchi | 1155 West Shaw Ave., Unit 101 | | | Fresno | CA | 93711 |
| Donald J. and Judith E. Peracchi 2005 TrusT | 1155 W. Shaw Ave | No 101 | | Fresno | CA | 93711 |
| Donald J. and Judith E. Peracchi 2005 TrusT | Address Redacted | | | | | |
| Donald Peracchi | Address Redacted | | | | | |
| Durant Enterprises, L.P. and Baltara Enterprises, L.P. | Attn: William A Dyck | 2025 N Gateway | #101 | Fresno | CA | 93727 |
| Ed Kashian | Address Redacted | | | | | |
| Ehsan Afkhami | Address Redacted | | | | | |
| Eileen Dodson | Address Redacted | | | | | |
| Elevating Lives Coaching | Attn: Amilcar Rene Ramirez | 382 N McKelvy Ave | #124 | Clovis | CA | 93611 |
| Elizabeth Eidelson | Address Redacted | | | | | |
| Elizabeth Fernando | Address Redacted | | | | | |
| Elizabeth Langlois | Address Redacted | | | | | |
| Elizabeth Negrete | Address Redacted | | | | | |
| Elmehdi Aitbrahim | Address Redacted | | | | | |
| Enrique Anchondo | Address Redacted | | | | | |
| Eric Hanson | Address Redacted | | | | | |
| Eric Nystrem | Address Redacted | | | | | |
| Erik Mendoza | Address Redacted | | | | | |
| Erik Montes | Address Redacted | | | | | |
| Erin Hustings | Address Redacted | | | | | |
| Ernesto Perez | Address Redacted | | | | | |
| Faizan Faruq | Address Redacted | | | | | |
| Fatima Ubaldo | Address Redacted | | | | | |

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Fieldpoint (1861 Acquisitions) - ERC | c/o Field Point Servicing LLC | 5 Greenwich Office Park, Suite 440 | | Greenwich | CT | 6831 |
| Figueroa Consulting | Attn: Michael Figueroa | 1707 Eye St. | #217A | Bakersfield | CA | 93301 |
| Florence Ramos | Address Redacted | | | | | |
| Fourchy, Craig | Address Redacted | | | | | |
| Francisco A Coss | Address Redacted | | | | | |
| FRANCISCO GARIBAY | Address Redacted | | | | | |
| Frank Recruitment Group Inc | PO Box 10921 | | | Palatine | IL | 60055 |
| Fresno Barrios Unidos | Attn: Vanessa Hernandez | 710 Van Ness Ave | Suite 120, Box 239 | Fresno | CA | 93721 |
| Fresno Beverage Company, INC. (N04QD0710EW APRIL WIRE) | 4010 East Hardy | | | Fresno | CA | 93725 |
| Fresno Community Development Financial Institution | Attn: Tate Hill | 1025 Fulton St | 2nd Floor | Fresno | CA | 93721 |
| Fresno Metropolitan Ministry | Attn: Emogene Nelson | 1955 Broadway St | | Fresno | CA | 93721 |
| Fresno Unified School District | Attn: Dr. Natasha Baker | 2309 Tulare St | | Fresno | CA | 93721 |
| Fresno Unified School District | Attn: Wendy Macculley | 2309 Tulare St | | Fresno | CA | 93721 |
| Frida Cafe LLC | Attn: Albert Sanchez III | 2890 Huntington Blvd | Unit 178 | Fresno | CA | 93721 |
| FTF Sales, Inc. (Flavia Flores) | 2585 E. Perrin Ave | Suite #114 | | Fresno | CA | 93720 |
| Gabriel Fo | Address Redacted | | | | | |
| Gabriela Melendez Olivera | Address Redacted | | | | | |
| Gary Catron | Address Redacted | | | | | |
| Garza, et al. | Bonakdar Law Firm | Attn: Roger S. Bonakdar | 2344 Tulare Street, Suite 200 | Fresno | CA | 93721 |
| Greenline CDF Subfund XXXVI LLC | c/o Brownstein Hyatt Farber Schreck, LLP | 410 17th Street | | Denver | CO | 80205 |
| Greenline CDF Subfund XXXVI LLC | c/o GZ Impact Fund I, L.P. | 1324 15th Street | | Denver | CO | 80202 |
| Gregory Goforth | Address Redacted | | | | | |
| Grosslight Living Trust and Longwiew Industrial Investments, a California Limited Partnership | c/o Felsenthal Property Management, Inc. | 9201 Wilshire Blvd | Ste 301 | Beverly Hills | CA | 90210 |
| GZ Impact Fund I, L.P. | 1324 15th Street | | | Denver | CO | 80202 |
| GZ Impact Fund I, L.P. | c/o Brownstein Hyatt Farber Schreck, LLP | Attn: Jay Spader | 410 17th Street | Denver | CO | 80209 |
| H Douglas - (Wire# 59591067) | | | | | | |
| Hannibal Guerrero | Address Redacted | | | | | |
| Hardie Enterprises, Inc. | 331 W Shields Ave | | | Fresno | CA | 93711 |
| Harrison Mills | Address Redacted | | | | | |
| Hashtag Cowork, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Health Insurance Solutions Inc. | Attn: Maria De La Cruz | 1175 Shaw Ave | Suite 104-255 | Clovis | CA | 93612 |
| Heather Schrage | Address Redacted | | | | | |
| HGM Holdings | 575 E. Locust Ave Ste 120 | | | Fresno | CA | 93720 |
| Hillary Thompson | Address Redacted | | | | | |
| Hillstop LLC | Attn: Najam Khan | 11865 Herndon Ave | Ste K 128 | Clovis | CA | 93611 |
| Ida Lopez Solis | Address Redacted | | | | | |
| In The Waiting Doula Services | Attn: Nikki Avila | 2111 Basilone Way | | Bakersfield | CA | 93301 |
| Internal Revenue Service | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Irma L Olguin Or Amanda G Ardemagni | Address Redacted | | | | | |
| Irma L Olguin Or Amanda G Ardemagni - Loan Wire# 59360184 | Address Redacted | | | | | |
| Irma L. Olguin Or Amanda G Ardemagnil (N04SA31 April Wire) | Address Redacted | | | | | |
| Irma L. Olguin, Jr. | Address Redacted | | | | | |
| Irma Olguin Jr | Address Redacted | | | | | |
| Jacob Condie | Address Redacted | | | | | |
| Jacob Paul | Address Redacted | | | | | |
| Jake Soberal | Address Redacted | | | | | |
| James Damian | Address Redacted | | | | | |
| James G Parker Insurance | PO BOX 3947 | | | Fresno | CA | 93650 |
| James Valdeabella | Address Redacted | | | | | |
| Janelle Sanders | Address Redacted | | | | | |
| Jasmin White | Address Redacted | | | | | |
| Jayme Plunkett | Address Redacted | | | | | |
| Jeanae DuBois | Address Redacted | | | | | |
| Jeanne Nunoo | Address Redacted | | | | | |

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Jeffrey Chandler | Address Redacted | | | | | |
| Jenna Anita Nicholas | Address Redacted | | | | | |
| Jenna Anita Nicholas (March Wire) | Address Redacted | | | | | |
| Jenna Nicholas | Address Redacted | | | | | |
| Jenna Nicholas (March Wire) | Address Redacted | | | | | |
| Jennifer Sanderson | Address Redacted | | | | | |
| Jeramy Brown | Address Redacted | | | | | |
| Jesse Sanchez | Address Redacted | | | | | |
| Jimenez, Armando (Denise Solorio) | Address Redacted | | | | | |
| Jimenez, Armando (Denise Solorio) | Address Redacted | | | | | |
| Jody Hicks | Address Redacted | | | | | |
| John De Palm | Address Redacted | | | | | |
| John Gustafson | Address Redacted | | | | | |
| John P Ebury | Address Redacted | | | | | |
| Johnathan Holifield | Address Redacted | | | | | |
| Jolene Merryman and Danco Digital, LLC | Address Redacted | | | | | |
| Jordan Sanchez | Address Redacted | | | | | |
| Jorge L. Alesna, Jr. | Address Redacted | | | | | |
| Jose Hernandez Tecpoyotl | Address Redacted | | | | | |
| Joseph Gustafson | Address Redacted | | | | | |
| Joseph Proietti | Address Redacted | | | | | |
| Josh Dunlavy | Address Redacted | | | | | |
| Joshua Shaughnessy | Address Redacted | | | | | |
| JSR Properties, Inc. | Address Redacted | | | | | |
| Juan Hernandez | Address Redacted | | | | | |
| Juan-Antonio Ardemagni | Address Redacted | | | | | |
| Just Christ Ministries, an Illinois non-profit corporation | Attn: Anthony Wright | 7650 East End | | Chicago | IL | 60649 |
| Justin Sherrod | Address Redacted | | | | | |
| KAA - (Wire# 59573081) | | | | | | |
| Kapor - 3rd tranche funding. | 2148 Broadway | | | Oakland | CA | 94612 |
| Kapor Capital II LP | 2148 Broadway | | | Oakland | CA | 94612 |
| Kapor Capital Management Company LLC | 2148 Broadway | | | Oakland | CA | 94612 |
| Karen Scott | Address Redacted | | | | | |
| Karlha Davies | Address Redacted | | | | | |
| Katherine Dunne | Address Redacted | | | | | |
| Kathryn Sanchez | Address Redacted | | | | | |
| Keith Jizmejian | Address Redacted | | | | | |
| Keizra Tyson | Address Redacted | | | | | |
| Kelley's Community Relations Consulting Group, LLC | Attn: Sabrina Kelley | | | | | |
| Kelly Meza | Address Redacted | | | | | |
| Kelly Meza | Address Redacted | | | | | |
| Kennan Scott | Address Redacted | | | | | |
| Kennan Scott (Wire# 59274469) | Address Redacted | | | | | |
| Kenneth Clements | Address Redacted | | | | | |
| Kevin Day | Address Redacted | | | | | |
| Kevin Keo | Address Redacted | | | | | |
| Kimberly Lamastus | Address Redacted | | | | | |
| Kimberly Stillmaker / Hudson Trust | | | | | | |
| Kind Neighbor LLC | Attn: Rocio Gonzalez | 611 Cone Ave | | Merced | CA | 95341 |
| Klein DeNatale Golden, Attorneys at Law | Attn: Shannon McNeil | 4550 California Ave | 2nd Floor | Bakersfield | CA | 93309 |
| Kotman Technology Inc | 700 Van Ness Ave | | | Fresno | CA | 93721 |
| Kristin Belden | Address Redacted | | | | | |
| Kristina Cool | Address Redacted | | | | | |
| Kristy Points | Address Redacted | | | | | |
| Kurt Sterling | Address Redacted | | | | | |
| Kutack Rock LLP | Attn: Scott P. Neill | 1650 Farnam St | | Omaha | NE | 68130 |
| Lamar Bunts | Address Redacted | | | | | |
| Lamar Carver Bunts (March Wire) | Address Redacted | | | | | |

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Landon Brokaw | Address Redacted | | | | | |
| Landon J. Brokaw (March Wire) | Address Redacted | | | | | |
| Larry Vineall | Address Redacted | | | | | |
| Las Cruces Technology Hub, LLC | Attn: Brad Beasley | 509 South Main Street, Suite A | | Las Cruces | NM | 88001 |
| Las Mañanitas | Attn: Allen Juarez | 5513 N Barcus Ave | | Fresno | CA | 93722 |
| Laura Maristany Santamaria | Address Redacted | | | | | |
| Laura Martinez | Address Redacted | | | | | |
| Law Office of Prachi Meht | Attn: Prachi Meht | 2410 Windermere Street | | Bakersfield | CA | 93311 |
| LeSean Shaw | Address Redacted | | | | | |
| Leslie D Cetron (Wire# 58410633) | | | | | | |
| Liazon Corporation | Attn: Director of Corporate Real Estate, North America | 26 Century Blvd | | Nashville | TN | 37214 |
| Libra Foundation | One Letterman Drive | Suite C4-420 | | San Francisco | CA | 94129 |
| Liliana Mireles | Address Redacted | | | | | |
| Linda Hergenrader | Address Redacted | | | | | |
| Linden Associates, A California Limited Partnership | Attn: John Gage | 155 Filbert St | #200 | Oakland | CA | 94607 |
| Lizette Carranza | Address Redacted | | | | | |
| Luc Phan | Address Redacted | | | | | |
| Luis Sampaio | Address Redacted | | | | | |
| Luke Breshears | Address Redacted | | | | | |
| Lydia Galbreath | Address Redacted | | | | | |
| M. Kapor Foundation | 2148 Broadway | | | Oakland | CA | 94612 |
| Madison Shrader | Address Redacted | | | | | |
| Mario Soberal | Address Redacted | | | | | |
| Mark Astone / Catalyst Communications | 1466 Van Ness Ave | | | Fresno | CA | 93721 |
| Mason and Adriana Myovich | Address Redacted | | | | | |
| Matthew Cruz | Address Redacted | | | | | |
| Matthew Higley | Address Redacted | | | | | |
| Mauro Mustillo | Address Redacted | | | | | |
| Melissa Williams | Address Redacted | | | | | |
| Miaka Hardcastle | Address Redacted | | | | | |
| Michael Chrisco | Address Redacted | | | | | |
| Michael Fillmore Wallert | Address Redacted | | | | | |
| Michael Major | Address Redacted | | | | | |
| Michael Wilhelm | Address Redacted | | | | | |
| Michael Williams (March Wire) | Address Redacted | | | | | |
| Michelle Millben | Address Redacted | | | | | |
| Michelle Morse | Address Redacted | | | | | |
| Michelle Skoor | Address Redacted | | | | | |
| Michelle Skoor | Address Redacted | | | | | |
| Miguel Alarcon Jr | Address Redacted | | | | | |
| Mike Williams (Thelan) | Address Redacted | | | | | |
| Miranda Ragland | Address Redacted | | | | | |
| Miriam Veronica Martinez Joya | 674 E Lincoln Ave | | | Fresno | CA | 93706 |
| Mitch Kapor | Address Redacted | | | | | |
| Mitch Kapor and Freada Kapor | Address Redacted | | | | | |
| MK Level Playing Field Institute | Attn: Duane Valz | | | | | |
| Moises Gutierrez | Address Redacted | | | | | |
| Monica Dominguez | Address Redacted | | | | | |
| Monique Ward | 200 N St Clair Street | Apt 2610 | | Toledo | OH | 43604 |
| Morgan Simon | | | | | | |
| Motley Fool | 2000 Duke Street | 2nd Floor | | Alexandria | VA | 22314 |
| Motley Fool (Wire #58602639) | 2000 Duke Street | 2nd Floor | | Alexandria | VA | 22314 |
| Natasha Felkins | Address Redacted | | | | | |
| New Excambium LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| New Island Capital Management | Attn: General Counsel | 560 Commercial St | Ste 400 | San Francisco | CA | 94111 |
| New World Foundation (QJF) (Tranche 3) | 627 West End Avenue | | | New York | NY | 10024 |

In re: BW Industries Inc.

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| NICBYTE LLC | Duane Morris LLP | Attn: Stephen H. Sutro, Marcus O. Colabianchi, Adrian G. Cadoppi | Spear Tower, One Market Plaza, Suite 2200 | San Francisco | CA | 95105-1127 |
| Nicole Leisle | Address Redacted | | | | | |
| Nihar Bheemanathi | Address Redacted | | | | | |
| Nina Waste | Address Redacted | | | | | |
| Noelle Samuels | Address Redacted | | | | | |
| Norma Cardona | Address Redacted | | | | | |
| Nostar Technology Group | Attn: Derek Brown | 1701 Sprucehaven St | | Bakersfield | CA | 93312 |
| Obsidian Wire (60813105) | | | | | | |
| Oliver and Associates & Properties and Unlimited 4U | Attn: Jolene Merryman & Kevin Oliv | 1723 18th St. | | Bakersfield | CA | 93301 |
| Ollen Douglass | Address Redacted | | | | | |
| OMW APP, LLC. | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Outlier Automation LLC | Attn; Liz Brooks-Zak | 7726 N First St | #384 | Fresno | CA | 93730 |
| Pamela Daniels | Address Redacted | | | | | |
| Pamela Holliday | Address Redacted | | | | | |
| Paola Zarza Mora | Address Redacted | | | | | |
| Patricia and David Goforth | Address Redacted | | | | | |
| Patrick Investments LLC | 333 S State Street | Suite V201 | | Lake Oswego | OR | 97034 |
| Patrick Investments LLC | c/o Radler White Parks & Alexander, LLP | Attn: Timothy M. Parks | 111 SW Columbia St, Suite 700 | Portland | OR | 97201 |
| Patrick Investments LLC(Feb Wire) | 111 SW Columbia Street, Suite 700 | | | Portland | OR | 97201 |
| Patrick Investments LLC(Jan Wire) | 111 SW Columbia Street, Suite 700 | | | Portland | OR | 97201 |
| Paul Chavez-Casanova | Address Redacted | | | | | |
| Paul Halajian Architects | Attn: Carolyn Halajian | 389 Clovis Ave | Suite 100 | Clovis | CA | 93612 |
| Paul Reynolds | | | | | | |
| Paula Pretlow | Address Redacted | | | | | |
| Pavindeep Kang | Address Redacted | | | | | |
| Pratima Sakinala | Address Redacted | | | | | |
| Preston Moore | Address Redacted | | | | | |
| Priolet & Associates (March Wire) | 1025 Westchester Ave # 320, | | | West Harrison | NY | 10604 |
| Professional Roofing Solutions | Attn: Guillermo De La Isla Jr | | | | | |
| Promise Network (Phaedra) | 1035 7th St | | | Oakland | CA | 94607 |
| Rachael Cahill | Address Redacted | | | | | |
| Rachel Hands | Address Redacted | | | | | |
| Rachel Winder | Address Redacted | | | | | |
| Randy Guerra | Address Redacted | | | | | |
| Rasmeyh Salem | Address Redacted | | | | | |
| RAYCO Enterprises LLC | Attn: Raymond Meyer | 3074 N Hanalei Ave | | Fresno | CA | 93737 |
| Renaldo DaSilva | Address Redacted | | | | | |
| Reut Hadley | Address Redacted | | | | | |
| Rick Berry | Address Redacted | | | | | |
| Rivas Financial Inc. | Attn: Joel Rivas | 10 N Brehler Ave | | Sanger | CA | 93657 |
| Rob Mee | Address Redacted | | | | | |
| Robert Ellis | Address Redacted | | | | | |
| Robert Main | Address Redacted | | | | | |
| Rodger Glaspey | Address Redacted | | | | | |
| Rory Banks | Address Redacted | | | | | |
| Rosi Quinones | Address Redacted | | | | | |
| Ross Charest | Address Redacted | | | | | |
| Roxanne Finks | Address Redacted | | | | | |
| Russell Auyeung | Address Redacted | | | | | |
| Rutledge, Drue | Address Redacted | | | | | |
| Ryan McCallum | Address Redacted | | | | | |
| Ryan Penir | Address Redacted | | | | | |
| Ryan Valdeabella | Address Redacted | | | | | |
| Sandi Olguin | Address Redacted | | | | | |
| Sandi Olguin(Wire# 58440090) | Address Redacted | | | | | |
| Santana Olguin | Address Redacted | | | | | |
| Sarah Cullen | Address Redacted | | | | | |

Creditor Matrix

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Scope | Attn: Jean-Luc Slagle | | | | | |
| Scott Garrison | Address Redacted | | | | | |
| Sean Callahan-Dinish | Address Redacted | | | | | |
| Sean Tambagahan | Address Redacted | | | | | |
| Sean Tambagahan | Address Redacted | | | | | |
| Sharon Vineall | Address Redacted | | | | | |
| Shelley Manser | Address Redacted | | | | | |
| Sheppard Mullin | Address Redacted | | | | | |
| Shift3 Technologies, LLC | 700 Van Ness Avenue | | | Fresno | CA | 93721 |
| Sobrato Family Foundation | Attn: Christy Richardson | 599 Castro Street | Suite 400 | Mountain View | CA | 94041 |
| Sobrato Family Foundation | c/o Morrison & Foerster LLP | Attn: Susan H. Mac Cormac | 425 Market Street, FL 32 | San Francisco | CA | 94105 |
| So-Cal Enterprise, LLC | Attn: Sean Thompson | 2005 Eye St | Ste 8-402 | Bakersfield | CA | 93301 |
| Startop Investments, LLC | c/o Registered Agents Inc. | 30 North Gould Street, Suite R | | Sheridan | WY | 82801 |
| Startop Investments, LLC (March Wire) | c/o Registered Agents Inc. | 30 North Gould Street, Suite R | | Sheridan | WY | 82801 |
| State of Alabama | 50 N. Ripley St. | State of Alabama | | Montgomery | AL | 36130 |
| State of Florida | Department Of Revenue | P.O. Box 6668 | | Tallahassee | FL | 32314-6668 |
| State of New York Dept. of Taxation And Finance | Bankruptcy Section | P.O. Box 5300 | | Albany | NY | 12205-0300 |
| State of Oklahoma | Tax Commission | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 |
| State of Pennsylvania | Pennsylvania Dept. of Revenue | 1846 Brookwood St | | Harrisburg | PA | 17104 |
| State of Texas | Texas Comptroller Of Pub. Accounts | P.O. Box 13528, Capitol Station | | Austin | TX | 78711-3528 |
| State of Washington | Depart Of Revenue | P.O. Box 47473 | | Olympia | WA | 98504-7463 |
| Stephanie Elton | Address Redacted | | | | | |
| Stephanie Moreno | Address Redacted | | | | | |
| Stephen Andersen | Address Redacted | | | | | |
| Steven Broadway | Address Redacted | | | | | |
| Stockdale Solar | Attn: Laura Phifer | 12422 Jomani Dr | | Bakersfield | CA | 93312 |
| Stout Risius Ross, LLC | 1 S Wacker Dr | | | Chicago | IL | 60606 |
| Strategies 360, Inc. | 1505 Westlake Ave N | Suite 1000 | | Seattle | WA | 98109 |
| Streetlight PM LLC | | | | | | |
| Stuart and Lisa Woolf Living Trust | 3917 N. Wilson | | | Fresno | CA | 93704 |
| Stuart and Lisa Woolf Living Trust (N04JF00066ETIS April Wire) | 7041 N. Van Ness Blvd. | | | Fresno | CA | 93711 |
| Tammi Sherman | Address Redacted | | | | | |
| Taryn DeBoard | Address Redacted | | | | | |
| TEK Systems Inc | 7437 Race Raod | | | Hanover | MD | 21076 |
| Tequiliana Fertil | Address Redacted | | | | | |
| Terry Blankenship | Address Redacted | | | | | |
| Tessa Williamson | Address Redacted | | | | | |
| The Hanover Insurance Group | PO Box 580045 | | | Charlotte | NC | 28258-0045 |
| The Hartford Fire Insurance Company | One Hartford Plaza | | | Hartford | CT | 6155 |
| The Libra Foundation | 1 Letterman Drive | Suite C4-420 | | San Francisco | CA | 94129 |
| The Libra Foundation | c/o Nixon Peabody LLP | ONE EMBARCADERO CENTER | 32ND FLOOR | San Francisco | CA | 94111 |
| The Old Fashioned Inc. | Attn: Jose Ocampo | 1701 18th St | | Bakersfield | CA | 93301 |
| The S and L Garrison Familty Trust (March Wire) | | | | | | |
| The Scottsdale Insurance Company | c/o Nationwide Management Liability & Specialty | Attention: Claims Manager | 7 World Trade Center, 37th Floor, 250 Greenwich Street | New York | NY | 10007 |
| The Sierra Club | Attn: Larry Foster | 2101 Webster St #1300 | | Oakland | CA | 94612 |
| Theresa Burich | Address Redacted | | | | | |
| Thomas Tyler | Address Redacted | | | | | |
| Tiffany Ollison | Address Redacted | | | | | |
| Tina Lee | Address Redacted | | | | | |
| Tom Alperin | Address Redacted | | | | | |
| Toni Martin | Address Redacted | | | | | |
| Tony Cardenas | Address Redacted | | | | | |
| Towers Financial Consultants | 11019 Pasto Way | | | Bakersfield | CA | 93306 |
| Trevor Thomas-Uribe | Address Redacted | | | | | |
| Turducken | PO Box 573 | | | Caruthers | CA | 93609 |
| Turducken (Wire #59368313) | PO Box 573 | | | Caruthers | CA | 93609 |

In re: BW Industries Inc.

**Creditor Matrix**

| Full Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| Turducken LLC ILO | PO Box 573 | | | Caruthers | CA | 93609 |
| Tyresha Johnson | Address Redacted | | | | | |
| Ultra Funding | | | | | | |
| Valencia Gilford | Address Redacted | | | | | |
| Valley Capital Advisers LLC | Attn: Jeanette Johnson | 912 11th St | Ste 201-8 | Modesto | CA | 95354 |
| Vast Networks | 7447 N Palms Bluffs Ave | | | Fresno | CA | 93711 |
| Veleda Oltjenbruns | Address Redacted | | | | | |
| Veronica Lopez | Address Redacted | | | | | |
| Vinson Fernandez | Address Redacted | | | | | |
| Virginia Whalen | Address Redacted | | | | | |
| Warehouse Partners, LLC | Attn: David K. Ball | | | | | |
| Wendy P Goforth Or David Goforth | Address Redacted | | | | | |
| Werx Realty Group Inc | Attn: Anthony Kessler | 1300 Tyler Ct | | Bakersfield | CA | 93314 |
| Western Technology Investment | 104 La Mesa Drive, Suite 102 | | | Portola Valley | CA | 94028 |
| William P Reynolds (N04PD2015HAVC57K April Wire) | | | | | | |
| Woolf, Stuart | Address Redacted | | | | | |
| Woolf, Stuart | Address Redacted | | | | | |
| WTI | 1555 N. Rivercenter Dr | Suite 302 | | Milwaukee | WI | 53212 |
| x8 Inc. | 675 Creekside Way | | | Campbell | CA | 95008 |
| Yasangi Grubel | Address Redacted | | | | | |
| Zayn King-Dollie | Address Redacted | | | | | |
| ZoomInfo Technologies, LLC | Dept LA 24789 | | | Pasadena | CA | 91185 |
| Zoraida Martinez Duarte | Address Redacted | | | | | |