**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BW Industries Inc., | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-2292459 | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Bitwise Industries, Inc., | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-1635652 | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| BWRD, LLC, | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-4789692 | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Alpha Works Technologies, LLC, | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-1008307 | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) | Case No. 23-XXXXX (XXX) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 82-5035590 | ) | |

1

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

The Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**," and, together with the Schedules, the "**Schedules and Statements**") filed by BW Industries Inc. ("**BWI**"), Bitwise Industries, Inc. ("**Bitwise**"), BWRD, LLC ("**BWRD**"), Alpha Works Technologies, LLC ("**Alpha Works**") and Bruce's Bagels, Beverages, and Bites, LLC ("**BBBB**" and together with BWI, Bitwise, BWRD, and Alpha Works,  the "**Company**") as debtors and debtor-in-possession (collectively, the "**Debtors**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), were prepared in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The information provided herein, except as otherwise noted, is as of the close of business on the eve of June 28, 2023 (the "**Petition Date**"). While management of the Company has made every reasonable effort to ensure that the Bankruptcy Schedules are accurate and complete, based upon information that was available to them at the time of preparation, the subsequent receipt of information may result in material changes to financial data and other information contained in the Bankruptcy Schedules and inadvertent errors or omissions may exist.

The Schedules and Statements were prepared from the findings of an internal analysis of the Company spanning from May 28 through June 22, 2023 (the "**Internal Analysis**").  The Internal Analysis concluded, *inter alia*, that the books and records of the Company are substandard and materially incomplete.  Further, significant irregularities also exist, and while the Company has attempted to estimate the size of the irregularities, the lack of organized and well-kept books and records, as well as obstacles resulting from an inability to access and verify certain financial information such as bank accounts, has hindered the Company's ability to make such an estimation.  The Internal Analysis concludes that a complete re-creation of the books, along with external confirmations, might be necessary to get a reliable picture of the Company's true financial history and current financial position.  Accordingly, there can be no assurance that these Bankruptcy Schedules are complete or accurate.

The Schedules and Statements have been signed by Ollen Douglass, Interim President of the Company.  Mr. Douglass has not (nor could have) personally verified the accuracy of each statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.  In addition, Mr. Douglass has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statements, Mr. Douglass relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the

time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

**The Schedules, Statements and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of the Debtors.**

## Global Notes and Overview of Methodology

1. **General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("**Claim**") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 7 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of the Debtors. The Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

3.      **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

4.      **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including but not limited to certain deferred expenses and deferred revenue items, lease assets and related lease liabilities, suspense and clearing accounts, unbilled revenue, capitalized loan fees, certain assets and liabilities of their non-Debtor subsidiaries and certain accrued liabilities.  The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

5.      **Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist.  The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

6.      **References.**   References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

7.      **Book Value.** Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book values as of May 31, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books.  Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

8.      **Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.

9.      **Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the

Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

10. **Liabilities.** The Debtors allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change.

   The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

11. **Guarantees and Other Secondary Liability Claims.** Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtors affected by such guarantee. The Debtors have also listed such guarantees on the applicable Schedule H. It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.

12. **Intercompany Claims.** The net balance of intercompany transactions between the Debtors is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers between Debtors are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and a Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtors reserve all rights with respect to such obligations.

13. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

14. **Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtors' executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

15. **Claims Description.** Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

16. **Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

17. **Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

18. **Liens.** Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

19. **Individual and Employee Addresses.** Any individual, including current employee, former employee, and director addresses have been redacted from entries listed throughout the Schedules and Statements, where applicable.

20. **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

21. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such

creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

22.     **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

23.     **Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

24.     **Confidentiality:** There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## General Disclosures Applicable to Schedules

25.     **Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

26.     **Schedule A/B - Real and Personal Property.**

    a)     Schedule A/B.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below or in the Schedules and Statements.

    b)     Schedule A/B.3. Bank account balances are as of June 21 and June 22, 2023.  Bank accounts with Central Valley Community Bank were frozen on June 6, 2023 and may have been closed.  The account balances as of the Petition Date is unknown as current management cannot access these accounts.

    c)     Schedule A/B 8. Prepayments are as of May 31, 2023.

    d)     Schedule A/B.11. Accounts Receivable balances are as of the end of business on June 15, 2023 and do not include Intercompany balances.

e)   Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the value of the Debtors' interests is undetermined.  The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

f)   Schedule A/B. Parts 7, 8, and 9.  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Cost is as of December 31, 2022 and accumulated depreciation is as of April 30, 2023.  The Company's records did not include any fixed asset additions or disposals after December 31, 2022.

g)   Schedule A/B 60-61.  Intellectual property is listed in Schedule A/B 60-61 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.  Nothing herein or in the Schedules and Statements shall be construed as an admission or acknowledgment by the Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtors reserve all rights with respect to any such issues.

h)   Schedule A/B 72. Interests in Net Operating Losses ("**NOLs**"). Certain of the Debtors may have the ability to take advantage of NOLs, which amounts may be accumulated for more than one tax year.  For combined or consolidated returns, the value of NOLs is reported at the parent level. NOLs reflected are as of December 31, 2021.  The Debtors may have the ability to claim NOLs for subsequent years.

i)   Schedule A/B 74/75.  The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of its business, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers.  Additionally, the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.  Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

j)   Schedule A/B73. Interests in Insurance Policies or Annuities. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. All known current insurance policies are listed in response to Schedule A/B 73.

27.  **Schedule D - Creditors Holding Secured Claims.** The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before June 28, 2023.

Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtors' Schedule D. Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's Claim. To that end, the Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

28.   **Schedule E/F— Creditors Holding Unsecured Claims.** The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect

credits, rebates, or allowances due from such creditors to the Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date. Despite the Company's best efforts, the Company was unable to locate the address for certain claims on Schedule F.

The Debtors may pay additional Claims listed on Schedule E/F during the chapter 7 cases pursuant to orders of the Bankruptcy Court, and reserve all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

29.    **Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases, which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserves all rights in that regard, including without limitation the right to assert that any agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated prepetition.

30.    **Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtors. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or are unenforceable.

## <u>General Disclosures Applicable to Statements</u>

31.    **Questions 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through May 31, 2023.

32.    **Question 3 and 4.** For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

**Question 3.** Question 3 includes any disbursement or other transfer made by the Debtors except for those made to employees.

For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the Debtors so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether

someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

33.     **Question 7.** The Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors.  The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

34.     **Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

35.     **Question 11**. Certain of the payments listed may have been paid for services outside of debt consolidation, restructuring or bankruptcy relief.

36.     **Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

37.     **Question 26d.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors.

38.     **Question 30.** For this question, please reference Statement of Financial Affairs, Question 4.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| BW Industries Inc., | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| Tax I.D. No. 84-2292459 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| Bitwise Industries, Inc., | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| Tax I.D. No. 47-1635652 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| BWRD, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| Tax I.D. No. 82-4789692 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| Alpha Works Technologies, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| Tax I.D. No. 82-1008307 | ) |

| | |
|---|---|
| In re: | ) Chapter 7 |
| Bruce's Bagels, Beverages, and Bites, LLC, | ) |
| | ) Case No. 23-XXXXX (XXX) |
| Debtor. | ) |
| Tax I.D. No. 82-5035590 | ) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**BW INDUSTRIES INC.**

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ **Check if this is an amended filing**

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** Copy line 88 from Schedule A/B | Undetermined |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $253,566,927.78 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $253,566,927.78 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$21,398,640.46

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F | $0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $167,967,843.45 |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$189,366,483.91

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and Cash Equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Bank of America, NA | Checking | 3417 | $56,187.23 |
| Bank balance is as of June 21, 2023 | | | |
| 3.2 Bank of America, NA | Operating | 9445 | $223,085.62 |
| Bank balance is as of June 21, 2023. | | | |
| 3.3 Central Valley Community Bank | Checking | 2738 | Unknown |

Bank accounts with Central Valley Community Bank were frozen on 6/6/2023 and may have been closed. The account balances as of Petition date is unknown as current management cannot access these accounts.

| 3.4 | | | |
|---|---|---|---|
| Central Valley Community Bank | FSA | 3556 | Unknown |

Bank accounts with Central Valley Community Bank were frozen on 6/6/2023 and may have been closed. The account balances as of Petition date is unknown as current management cannot access these accounts.

| 3.5 | | | |
|---|---|---|---|
| First Republic Bank | Checking | 8575 | $-2,781.57 |

| 3.6 | | | |
|---|---|---|---|
| First Republic Bank | Savings | 6380 | $0.00 |

Bank balance is as of June 21, 2023

**4. Other cash equivalents** *(Identify all)*

| 4.1 | |
|---|---|
| None | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$276,491.28

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | |
|---|---|
| | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | |
|---|---|
| | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $0.00 | – | $0.00 | = ........ | ➜ | $0.00 |
| | | face amount | | doubtful or uncollectible accounts | | | |
| 11b. | Over 90 days old: | $5,000.00 | – | $0.00 | = ........ | ➜ | $5,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Current value of debtor's interest |
|---|
| $5,000.00 |

---

| Part 4: | **Investments** |
|---|---|

---

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| | None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

| 15.1 | 1701 PARTNERS, LLC | 50% | N/A | Undetermined |
|---|---|---|---|---|
| 15.2 | Alpha Works Technologies, Inc. | 100% | N/A | Undetermined |
| 15.3 | Bitwise Coworking, LLC | 100% | N/A | Undetermined |
| 15.4 | Bitwise Industries, Inc. | 100% | N/A | Undetermined |
| 15.5 | Bitwise Partners I GP, LLC | 100% | N/A | Undetermined |
| 15.6 | Bitwise Technology Consulting, LLC | 100% | N/A | Undetermined |
| 15.7 | BLDG Services, LLC. | 100% | N/A | Undetermined |
| 15.8 | Bruce's Bagels, Beverages, & Bites, LLC | 100% | N/A | Undetermined |
| 15.9 | BW Capital Management Services, LLC | 100% | N/A | Undetermined |
| 15.10 | BW Childcare, LLC | 100% | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 15.11 | BWRD, LLC | 100% | N/A | Undetermined |
| 15.12 | ESOR Consulting Group, LLC | 100% | N/A | Undetermined |
| 15.13 | Jemal's Sycamore L.L.C. | 2.5% | N/A | Undetermined |
| 15.14 | JITRE, INC. | 64.7% | N/A | Undetermined |
| 15.15 | LAS CRUCES TECHNOLOGY HUB, LLC | 45% | N/A | Undetermined |
| 15.16 | NEW EXCAMBIUM, LLC | 100% | N/A | Undetermined |
| 15.17 | OMW APP, LLC | 80% | N/A | Undetermined |
| 15.18 | STUDIOTOBE, LLC | 33% | N/A | Undetermined |
| 15.19 | TatStat, LLC | 90% | N/A | Undetermined |
| 15.20 | Techtonic Group, Inc. | 100% | N/A | Undetermined |
| 15.21 | Toledo Innovation Center Landlord, LLC | TBD | N/A | Undetermined |
| 15.22 | Toledo Innovation Center Manager, LLC | TBD | N/A | Undetermined |
| 15.23 | Upward, LLC | 100% | N/A | Undetermined |
| 15.24 | Toledo Innovation Center Master Tenant, LLC | TBD | N/A | |
| 15.25 | Wishon Row, LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1 | None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| Undetermined |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.     $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____    _____    _____    $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____    _____    _____    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ $0.00 |
| --- |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**39. Office furniture**

39.1

_____    _____    _____    $0.00

**40. Office fixtures**

40.1

_____    _____    _____    $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1

_____    _____    _____    $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

_____    _____    _____    $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2021 Audi Q3 S-Line Premium PlusVIN WA1EECF37M1130359 | $0.00 | Net Book Value | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>None | | | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:    Real Property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1715 18th Street, Bakersfield, CA 93301 | Leased Building | N/A | N/A | Undetermined |
| 55.2 4300 Resnik Court, Unit 103, Bakersfield, CA 93313 | Leased Building | N/A | N/A | Undetermined |
| 55.3 1701 18th Street, Bakersfield, CA 93301 | Leased Building | N/A | N/A | Undetermined |
| 55.4 1723 18th Street, Bakersfiled, CA 93301 | Leased Building | N/A | N/A | Undetermined |
| 55.5 7327-7369 S. South Chicago Avenue, IL | Leased Building | N/A | N/A | Undetermined |
| 55.6 2600 Ventura, Fresno, CA 93721 | Leased Building | N/A | N/A | Undetermined |
| 55.7 747 R Street, Fresno, CA 93721 | Leased Building | N/A | N/A | Undetermined |
| 55.8 700 Van Ness, Fresno, CA 93721 | Leased Building | N/A | N/A | Undetermined |
| 55.9 2721 Ventura, Fresno, CA 93721 | Leased Building | N/A | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 United States Trademark - Stria - Registration No. 3706181 | $o.00 | N/A | Undetermined |

**61. Internet domain names and websites**

61.1

| | | | $0.00 |

**62. Licenses, franchises, and royalties**

62.1

| | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

63.1

| | | | $0.00 |

**64. Other intangibles, or intellectual property**

64.1

| | | | $0.00 |

**65. Goodwill**

65.1

| | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |

**71. Notes receivable**
Description (include name of obligor)

71.1

| Notes Receivable - Kolyde | $500,000.00 | $0.00 | = ➔ | $500,000.00 |
| | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| Federal - NOL | Tax year | 2019 | $7,010,098.00 |

| 72.2 | | | |
|---|---|---|---|
| Federal - NOL | Tax year | 2020 | $18,235,447.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | | |
|---|---|---|
| The Hanover Insurance Group - General Liability Policy (Policy No. LHF D041495) 9/2/22-9/2/23 | | Undetermined |

| 73.2 | | |
|---|---|---|
| The Hanover Insurance Group - Commercial Umbrella Policy (Policy No. UHF D294310) 9/2/22-9/2/23 | | Undetermined |

| 73.3 | | |
|---|---|---|
| The Hanover Insurance Group - Commercial Package Policy (Policy No. ZHF D034676) 9/2/22-9/2/23 | | Undetermined |

| 73.4 | | |
|---|---|---|
| The Hartford Fire Insurance Company - Commercial Package (Policy No. 51UENBD2019 )11/10/22-11/10/23 | | Undetermined |

| 73.5 | | |
|---|---|---|
| The Scottsdale Insurance Company/Nationwide Management Liability & Specialty Policy (Policy No. #EKS3423969) 4/30/2023-4/30/2024 | | Undetermined |

| 73.6 | | |
|---|---|---|
| The Scottsdale Insurance Company/Nationwide Management Liability & Specialty Policy (Policy No. #EKS3423969) 4/30/2023-4/30/2024 | | Undetermined |

Only insurance invoices, but not the policies were available other than the D&O policy.  As a result, it is unclear which entities are covered under the policies other than those on the invoice.

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | |
|---|---|
| Unknown | Undetermined |
| Nature of Claim | |
| Amount requested | |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | |
|---|---|
| None | $0.00 |
| Nature of Claim | |
| Amount requested | |

**76. Trusts, equitable or future interests in property**

| 76.1 | |
|---|---|
| None | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | |
|---|---|
| Intercompany Receivable -Alpha Works Technologies, LLC | $1,324,801.13 |

| 77.2 | |
|---|---|
| Intercompany Receivable -Bitwise Industries, Inc. | $212,175,820.24 |

| 77.3 | |
|---|---|
| Intercompany Receivable -Bitwise Partners I GP, LLC | $7,600.00 |

| 77.4 | |
|---|---|
| Intercompany Receivable -BitwiseBKF, LLC | $1,425,357.50 |

| 77.5 | |
|---|---|
| Intercompany Receivable -BLDG Services, LLC | $1,564,000.00 |

| | |
|---|---|
| 77.6 | |
| Intercompany Receivable -Bruce's Bagels Beverages and Bites LLC | $12,500.00 |
| 77.7 | |
| Intercompany Receivable -BW Childcare, LLC | $14,800.00 |
| 77.8 | |
| Intercompany Receivable -BWRD, LLC | $903,475.00 |
| 77.9 | |
| Intercompany Receivable -Hashtag Cowork, LLC | $150.00 |
| 77.10 | |
| Intercompany Receivable -My Design Deals, LLC | $14,972.64 |
| 77.11 | |
| Intercompany Receivable -New Excambium LLC | $7,941,916.03 |
| 77.12 | |
| Intercompany Receivable -NIC Wise RE LLC | $854,000.00 |
| 77.13 | |
| Intercompany Receivable -OMW APP, LLC. | $25,000.00 |
| 77.14 | |
| Intercompany Receivable -Shift3 Technologies, LLC | $73,775.00 |
| 77.15 | |
| Intercompany Receivable -Wishon Row, LLC. | $1,130,608.96 |
| 77.16 | |
| Intercompany Receivable | $71,115.00 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$253,285,436.50

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $276,491.28 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $5,000.00 | |
| **83. Investments.** Copy line 17, Part 4. | Undetermined | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | Undetermined |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $253,285,436.50 | |
| **91. Total. Add lines 80 through 90 for each column**   91a. | $253,566,927.78 | 91b.   $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $253,566,927.78 |

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Claims Secured by Property |
| --- | --- |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of Claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** | | | |

906 Ventures, LLC
Attn: Investment Department
191 University Blvd #233
Denver, CO 80206
906Ventures@weimail.com

**Describe debtor's property that is subject to the lien:**
All personal property

$10,000,000 plus additional unliquidated amounts

Unknown

**Describe the lien:**
Borrower of term loan under Loan and Security Agreement

**Date debt was incurred?**
4/4/2023

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority. 906 Ventures, LLC (senior, 1st); GZ Impact Fund I, L.P. (subordinated, 2nd); Greenline CDF Subfund XXXVI LLC (subordinated, 3rd); Sobrato Family Foundation (subordinated, 4th)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

2.2

Greenline CDF Subfund XXXVI LLC
c/o GZ Impact Fund I, L.P.
1324 15th Street
Denver, CO 80202
andy.walvoord@greenlineventures.com

**Date debt was incurred?**
3/3/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority. 906 Ventures, LLC (senior, 1st); GZ Impact Fund I, L.P. (subordinated, 2nd); Greenline CDF Subfund XXXVI LLC (subordinated, 3rd); Sobrato Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Borrower of term loan under Junior Credit and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$2,499,732.43 plus additional unliquidated amounts

Unknown

2.3

GZ Impact Fund I, L.P.
1324 15th Street
Denver, CO 80202
andy.walvoord@greenlineventures.com

**Date debt was incurred?**
3/3/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority. 906 Ventures, LLC (senior, 1st); GZ Impact Fund I, L.P. (subordinated, 2nd); Greenline CDF Subfund XXXVI LLC (subordinated, 3rd); Sobrato Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Borrower of term loan under Amended and Restated Loan and Security Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$1,023,908.03 plus additional unliquidated amounts

Unknown

2.4

Patrick Investments LLC
333 S State Street
Suite V201
Lake Oswego, OR 97034

**Date debt was incurred?**
12/20/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
LLC Membership interests

**Describe the lien**
Borrower of secured term loan

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$2,750,000 plus additional unliquidated amounts

Unknown

---

2.5

Sobrato Family Foundation
Attn: Christy Richardson
599 Castro Street
Suite 400
Mountain View, CA 94041
crichardson@sobrato.com

**Date debt was incurred?**
3/30/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
906 Ventures, LLC (senior, 1st); GZ Impact Fund I, L.P. (subordinated, 2nd); Greenline CDF Subfund XXXVI LLC (subordinated, 3rd); Sobrato Family Foundation (subordinated, 4th)

**Describe debtor's property that is subject to the lien:**
All personal property

**Describe the lien**
Maker of Secured Promissory Note

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$3,000,000 plus additional unliquidated amounts

Unknown

2.6

The Libra Foundation
One Letterman Drive
Suite C4-420
San Francisco, CA 94129

**Date debt was incurred?**
3/21/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
LLC Membership Interests

$2,125,000 plus additional unliquidated amounts

Unknown

**Describe the lien**
Maker of Term Note

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$21,398,640.46

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 Greenline CDF Subfund XXXVI LLC<br>c/o Brownstein Hyatt Farber Schreck, LLP<br>Attn: Jay Spader<br>410 17th Street<br>Denver, CO 80205<br>jspader@bhfs.com | 2.2 | |
| 3.2 GZ Impact Fund I, L.P.<br>c/o Brownstein Hyatt Farber Schreck, LLP<br>Attn: Jay Spader<br>410 17th Street<br>Denver, CO 80209<br>jspader@bhfs.com | 2.3 | |

Debtor  BW Industries Inc.
Name

Case number *(if known)* 23-00000

3.3

Patrick Investments LLC
c/o Radler White Parks & Alexander, LLP
Attn: Timothy M. Parks
111 SW Columbia St
Suite 700
Portland, OR 97201

2.4

3.4

Sobrato Family Foundation
c/o Morrison & Foerster LLP
Attn: Susan H. Mac Cormac
425 Market Street, FL 32
San Francisco, CA 94105
smaccormac@mofo.com

2.5

3.5

The Libra Foundation
c/o Nixon Peabody LLP
One Embarcadero Center
32nd Floor
San Francisco, CA 94111

2.6

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ **Check if this is an amended filing**

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Arizona Department of Revenue
P.O. Box 29085
Phoenix, AZ 85038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined     Priority amount: Undetermined

2.2

Colorado Department of Revenue
Taxation Division
1375 Sherman St.
Denver, CO 80203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined     Priority amount: Undetermined

**2.3**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.4**

State of Alabama
50 N. Ripley St.
State of Alabama
Montgomery, AL 36130

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.5**

State of Florida
Department Of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.6**

State of New York Dept. of Taxation And Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.7**

State of Oklahoma
Tax Commission
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.8**

State of Pennsylvania
Pennsylvania Dept. of Revenue
1846 Brookwood St
Harrisburg, PA 17104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

2.9

State of Texas
Texas Comptroller Of Pub. Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.10

State of Washington
Depart Of Revenue
P.O. Box 47473
Olympia, WA 98504-7463

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1

747 R Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$500.00

**3.2**

906 - Ventures LLC
Attn: Investment Department
191 University Blvd #233
Denver, CO 80206

**Date or dates debt was incurred**
12/10/2021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No
☐ Yes

$15,500,000.00

**3.3**

1701 Partners, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$57,262.54

**3.4**

1723 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$900.00

**3.5**

1861 (Wire 60603835)

**Date or dates debt was incurred**
10/7/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

$3,440,972.04

**3.6**

2112, LLC

**Date or dates debt was incurred**
8/31/2022

**As of the petition filing date, the claim is:**          $215,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.7**

2112, LLC

**Date or dates debt was incurred**
6/7/2022

**As of the petition filing date, the claim is:**          $350,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.8**

2112, LLC

**Date or dates debt was incurred**
6/2/2022

**As of the petition filing date, the claim is:**          $400,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.9**

2112, LLC

**Date or dates debt was incurred**
6/13/2022

**As of the petition filing date, the claim is:**          $630,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.10**

Agri Capital (Maxwell)
23400 Road 24
Chowchilla, CA 93610

**Date or dates debt was incurred**
4/26/2023

As of the petition filing date, the claim is:
$1,120,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.11**

AGRI CAPITAL, INC. and CA AG, LLC
Whitney, Thompson & Jeffcoach LLP
Attn: Timothy L. Thompson, Nikole E. Cunningham, Jacob S. Sarabian
970 W. Alluvial Ave.
Fresno, CA 93711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.12**

AHBH, LLC (Hardie)
331 W Shields Ave
Fresno, CA 93711

**Date or dates debt was incurred**
3/13/2023

As of the petition filing date, the claim is:
$2,200,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.13**

Al O'Kelly - Address Redacted

**Date or dates debt was incurred**
4/27/2023

As of the petition filing date, the claim is:
$110,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.14

ALPHA WORKS TECHNOLOGIES, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $218,943.00
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.15

Amendola Investments
3525 S. East Ave.
Fresno, CA 93725

**Date or dates debt was incurred**
4/25/2023

**As of the petition filing date, the claim is:** $3,600,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.16

Arturo Ceballos - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:** $30,250.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.17

Arturo Ceballos (Wire# 58407666)
5714 N Prospect Ave
Fresno, CA 93711

**Date or dates debt was incurred**
7/11/2022

**As of the petition filing date, the claim is:** $25,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.18

BDO
PO Box 642743
Pittsburgh, PA 15264-2743

**Date or dates debt was incurred**
2/16/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

$4,525.00

### 3.19

Bethany E Mily (Wire# 58395837) - Address Redacted

**Date or dates debt was incurred**
7/11/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

$20,000.00

### 3.20

Bitwise Industries, Inc.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$9,910,060.46

### 3.21

BITWISEBKF, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$2,378,936.68

**3.22**

BLDG Serves, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $89,650.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.23**

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                $14,947.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.24**

CA Ag (Maxwell)
23400 Road 24
Chowchilla, CA 93610

**Date or dates debt was incurred**
4/26/2023

As of the petition filing date, the claim is:                                $560,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.25**

Catalyst Communications, Inc.
The Folland Law Group
Attn: Brian N. Folland
8050 N. Palm Ave., Suite 300
Fresno, CA 93711

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.26**

Chanelle (Wire# 58408944) - Address Redacted

**Date or dates debt was incurred**
7/11/2022

**As of the petition filing date, the claim is:** $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.27**

Channelle Charest - Address Redacted

**Date or dates debt was incurred**
5/3/2023

**As of the petition filing date, the claim is:** $44,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.28**

Chase Carter as individual and Jackie Carter an individual
Cuttone & Associates
Attn: Brian K. Cuttone, Nicholas J. Penner
5380 N. Fresno Street, Suite 102
Fresno, CA 93710

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.29**

Convertible Notes (No detail provided)

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $21,074,997.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.30**

Creditor Unknown - Beginning Balance Loans on G/L\

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $10,899,271.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.31**

Creditor Unknown 3/6 Wire

**Date or dates debt was incurred**
3/6/2023

As of the petition filing date, the claim is:                    $1,148.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.32**

Creditor Unknown- Audit AJE

**Date or dates debt was incurred**
1/1/2020

As of the petition filing date, the claim is:                    $5,566,314.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.33**

Creditor Unknown- Audit AJE

**Date or dates debt was incurred**
12/31/2020

As of the petition filing date, the claim is:                    $3,567,969.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.34**

David Goforth - Address Redacted

**Date or dates debt was incurred**
5/5/2023

**As of the petition filing date, the claim is:**                    $55,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.35**

Donald & Judith Peracchi - Address Redacted

**Date or dates debt was incurred**
5/16/2022

**As of the petition filing date, the claim is:**                    $200,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.36**

Donald Peracchi
1155 West Shaw Ave., Unit 101
Fresno, CA 93711

**Date or dates debt was incurred**
4/14/2023

**As of the petition filing date, the claim is:**                    $330,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.37**

Donald Peracchi
1155 West Shaw Ave., Unit 101
Fresno, CA 93711

**Date or dates debt was incurred**
4/27/2023

**As of the petition filing date, the claim is:**                    $550,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.38

Ed Kashian - Address Redacted

**Date or dates debt was incurred**
5/17/2023

**As of the petition filing date, the claim is:** $575,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

3.39

Eileen Dodson - Address Redacted

**Date or dates debt was incurred**
5/13/2022

**As of the petition filing date, the claim is:** $95,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

3.40

Eric Hanson - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**As of the petition filing date, the claim is:** $600,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

3.41

Fieldpoint (1861 Acquisitions) - ERC
c/o Field Point Servicing LLC
5 Greenwich Office Park, Suite 440
Greenwich, CT 06831

**Date or dates debt was incurred**
11/10/2022

**As of the petition filing date, the claim is:** $1,656,294.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.42**

Fresno Beverage Company, INC. (N04QD0710EW APRIL WIRE)
4010 East Hardy
Fresno, CA 93725

**Date or dates debt was incurred**
4/26/2023

**As of the petition filing date, the claim is:** $3,000,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.43**

FTF Sales, Inc. (Flavia Flores)
2585 E. Perrin Ave
Suite #114
Fresno, CA 93720

**Date or dates debt was incurred**
5/9/2023

**As of the petition filing date, the claim is:** $230,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.44**

Gary Catron - Address Redacted

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:** $287,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.45**

Garza, et al.
Bonakdar Law Firm
Attn: Roger S. Bonakdar
2344 Tulare Street, Suite 200
Fresno, CA 93721

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.46**

H Douglas - (Wire# 59591067) - Address Redacted

**Date or dates debt was incurred**
8/29/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

$50,000.00

---

**3.47**

Hardie Enterprises, Inc.
331 W Shields Ave
Fresno, CA 93711

**Date or dates debt was incurred**
5/31/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

$1,000,000.00

---

**3.48**

Hashtag Cowork, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

$8,500.00

---

**3.49**

HGM Holdings
575 E. Locust Ave Ste 120
Fresno, CA 93720

**Date or dates debt was incurred**
6/3/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

$480,000.00

**3.50**

Irma L Olguin Or Amanda G Ardemagni - Address Redacted

**Date or dates debt was incurred**
2/23/2023

**As of the petition filing date, the claim is:**                    $30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.51**

Irma L Olguin Or Amanda G Ardemagni - Address Redacted

**Date or dates debt was incurred**
2/22/2023

**As of the petition filing date, the claim is:**                    $60,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.52**

Irma L Olguin Or Amanda G Ardemagni - Loan Wire# 59360184 - Address Redacted

**Date or dates debt was incurred**
8/18/2022

**As of the petition filing date, the claim is:**                    $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.53**

Irma L Olguin Or Amanda G Ardemagnil (N04SA31 April Wire) - Address Redacted

**Date or dates debt was incurred**
4/28/2023

**As of the petition filing date, the claim is:**                    $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.54**

Irma L. Olguin, Jr. - Address Redacted

**Date or dates debt was incurred**
4/25/2023

**As of the petition filing date, the claim is:**                    $220,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.55**

Irma L. Olguin, Jr. - Address Redacted

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $500,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.56**

Jake Soberal - Address Redacted

**Date or dates debt was incurred**
12/9/2022

**As of the petition filing date, the claim is:**                    $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.57**

Jake Soberal - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**                    $33,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.58**

Jayme Plunkett - Address Redacted

**Date or dates debt was incurred**
4/27/2023

**As of the petition filing date, the claim is:**    $115,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.59**

Jenna Anita Nicholas - Address Redacted

**Date or dates debt was incurred**
5/16/2022

**As of the petition filing date, the claim is:**    $300,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.60**

Jenna Anita Nicholas (March Wire) - Address Redacted

**Date or dates debt was incurred**
3/8/2023

**As of the petition filing date, the claim is:**    $50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.61**

Jenna Nicholas - Address Redacted

**Date or dates debt was incurred**
5/2/2023

**As of the petition filing date, the claim is:**    $308,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.62**

Jenna Nicholas (March Wire) - Address Redacted

**Date or dates debt was incurred**
3/9/2023

**As of the petition filing date, the claim is:**                    $200,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.63**

KAA - (Wire# 59573081)

**Date or dates debt was incurred**
8/26/2022

**As of the petition filing date, the claim is:**                    $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.64**

Kapor - 3rd tranche funding.
2148 Broadway
Oakland, CA 94612

**Date or dates debt was incurred**
1/27/2021

**As of the petition filing date, the claim is:**                    $1,875,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.65**

Kapor Capital II LP
2148 Broadway
Oakland, CA 94612

**Date or dates debt was incurred**
12/8/2021

**As of the petition filing date, the claim is:**                    $3,500,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.66**

Kapor Capital Management Company LLC
2148 Broadway
Oakland, CA 94612

**Date or dates debt was incurred**
3/31/2023

**As of the petition filing date, the claim is:**                    $312,280.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.67**

Kennan Scott - Address Redacted

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**                    $299,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.68**

Kennan Scott (Wire# 59274469)
4509 Elinora Ave
Oakland, CA 94619

**Date or dates debt was incurred**
8/15/2022

**As of the petition filing date, the claim is:**                    $230,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

---

**3.69**

Kimberly Stillmaker / Hudson Trust

**Date or dates debt was incurred**
3/7/2023

**As of the petition filing date, the claim is:**                    $720,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.70**

Lamar Bunts

**Date or dates debt was incurred**
5/15/2023

As of the petition filing date, the claim is:    $123,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.71**

Lamar Carver Bunts (March Wire)

**Date or dates debt was incurred**
3/8/2023

As of the petition filing date, the claim is:    $100,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.72**

Landon Brokaw - Address Redacted

**Date or dates debt was incurred**
5/5/2023

As of the petition filing date, the claim is:    $121,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.73**

Landon J. Brokaw (March Wire) - Address Redacted

**Date or dates debt was incurred**
3/7/2023

As of the petition filing date, the claim is:    $100,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.74**

Larry Vineall

**Date or dates debt was incurred**
6/1/2022

**As of the petition filing date, the claim is:**    $150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.75**

Leslie D Cetron (Wire# 58410633) - Address Redacted

**Date or dates debt was incurred**
7/11/2022

**As of the petition filing date, the claim is:**    $150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.76**

Leslie D Cetron (Wire# 58410633) - Address Redacted

**Date or dates debt was incurred**
11/7/2022

**As of the petition filing date, the claim is:**    $200,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.77**

Libra Foundation
One Letterman Drive
Suite C4-420
San Francisco, CA 94129

**Date or dates debt was incurred**
12/29/2021

**As of the petition filing date, the claim is:**    $18,500,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.78**

M. Kapor Foundation
2148 Broadway
Oakland, CA 94612

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.79**

Mario Soberal - Address Redacted

**Date or dates debt was incurred**
4/4/2023

As of the petition filing date, the claim is: $55,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.80**

Mark Astone / Catalyst Communications
1466 Van Ness Ave
Fresno, CA 93721

**Date or dates debt was incurred**
5/12/2023

As of the petition filing date, the claim is: $230,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.81**

Mason and Adriana Myovich - Address Redacted

**Date or dates debt was incurred**
4/25/2023

As of the petition filing date, the claim is: $110,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.82

Michael Williams (March Wire) - Address Redacted

**Date or dates debt was incurred**
3/7/2023

**As of the petition filing date, the claim is:**                    $200,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.83

Michelle Skoor - Address Redacted

**Date or dates debt was incurred**
5/26/2022

**As of the petition filing date, the claim is:**                    $275,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.84

Mike Williams (Thelan) - Address Redacted

**Date or dates debt was incurred**
5/2/2023

**As of the petition filing date, the claim is:**                    $253,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.85

Morgan Simon - Address Redacted

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $25,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.86**

Motley Fool
2000 Duke Street
2nd Floor
Alexandria, VA 22314

**Date or dates debt was incurred**
12/20/2021

**As of the petition filing date, the claim is:**   $17,500,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.87**

Motley Fool (Wire #58602639)
2000 Duke Street
2nd Floor
Alexandria, VA 22314

**Date or dates debt was incurred**
7/19/2022

**As of the petition filing date, the claim is:**   $250,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.88**

New Excambium LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $4,442,124.52
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.89**

New World Foundation (QJF) (Tranche 3)
627 West End Avenue
New York, NY 10024

**Date or dates debt was incurred**
1/5/2023

**As of the petition filing date, the claim is:**   $750,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.90**

NICBYTE LLC
Duane Morris LLP
Attn: Stephen H. Sutro, Marcus O. Colabianchi, Adrian G. Cadoppi
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 95105-1127

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

Undetermined

---

**3.91**

Obsidian Wire (60813105)

**Date or dates debt was incurred**
10/18/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

$99,999.89

---

**3.92**

OMW APP, LLC.
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

$13,500.00

---

**3.93**

Patrick Investments LLC(Feb Wire)
111 SW Columbia Street, Suite 700
Portland, OR 97201

**Date or dates debt was incurred**
2/28/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

$1,485,000.00

**3.94**

Patrick Investments LLC(Jan Wire)
111 SW Columbia Street, Suite 700
Portland, OR 97201

**Date or dates debt was incurred**
1/31/2023

**As of the petition filing date, the claim is:**    $28,326.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.95**

Paul Reynolds - Address Redacted

**Date or dates debt was incurred**
4/25/2023

**As of the petition filing date, the claim is:**    $55,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.96**

Priolet & Associates (March Wire)
1025 Westchester Ave # 320,
West Harrison, NY 10604

**Date or dates debt was incurred**
3/16/2023

**As of the petition filing date, the claim is:**    $710,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.97**

Promise Network (Phaedra)
1035 7th St
Oakland, CA 94607

**Date or dates debt was incurred**
4/28/2023

**As of the petition filing date, the claim is:**    $1,470,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

3.98

Rick Berry - Address Redacted

**Date or dates debt was incurred**
3/4/2023

**As of the petition filing date, the claim is:** $121,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.99

Rob Mee - Address Redacted

**Date or dates debt was incurred**
5/8/2023

**As of the petition filing date, the claim is:** $1,150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.100

Robert Ellis - Address Redacted

**Date or dates debt was incurred**
4/27/2023

**As of the petition filing date, the claim is:** $575,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.101

Rodger Glaspey - Address Redacted

**Date or dates debt was incurred**
5/16/2023

**As of the petition filing date, the claim is:** $1,150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.102**

Ryan Penir - Address Redacted

**Date or dates debt was incurred**
5/4/2023

**As of the petition filing date, the claim is:**                                      $115,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.103**

Sandi Olguin - Address Redacted

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**                                       $27,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.104**

Sandi Olguin(Wire# 58440090)
2164 Cromwell Ave
CLOVIS, CA 93611

**Date or dates debt was incurred**
7/12/2022

**As of the petition filing date, the claim is:**                                       $20,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.105**

Scott Garrison - Address Redacted

**Date or dates debt was incurred**
5/13/2022

**As of the petition filing date, the claim is:**                                      $150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.106**

Scott Garrison - Address Redacted

**Date or dates debt was incurred**
5/4/2023

**As of the petition filing date, the claim is:**                    $246,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.107**

Sharon Vineall - Address Redacted

**Date or dates debt was incurred**
5/26/2022

**As of the petition filing date, the claim is:**                    $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.108**

Shift3 Technologies, LLC
700 Van Ness Avenue
Fresno, CA 93721

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $595,400.00
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.109**

Startop Investments, LLC
c/o Registered Agents Inc.
30 North Gould Street, Suite R
Sheridan, WY 82801

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**                    $1,150,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.110**

Startop Investments, LLC
c/o Registered Agents Inc.
30 North Gould Street, Suite R
Sheridan, WY 82801

**Date or dates debt was incurred**
5/1/2023

**As of the petition filing date, the claim is:**                $10,211,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.111**

Startop Investments, LLC (March Wire)
c/o Registered Agents Inc.
30 North Gould Street, Suite R
Sheridan, WY 82801

**Date or dates debt was incurred**
3/16/2023

**As of the petition filing date, the claim is:**                $3,132,172.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.112**

Streetlight PM LLC

**Date or dates debt was incurred**
12/12/2022

**As of the petition filing date, the claim is:**                $750,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.113**

Stuart and Lisa Woolf Living Trust (N04JF00066ETIS April Wire)
7041 N. Van Ness Blvd.
Fresno, CA 93711

**Date or dates debt was incurred**
4/19/2023

**As of the petition filing date, the claim is:**                $1,959.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**

☐ No

☐ Yes

3.114

The S and L Garrison Family Trust (March Wire)

**Date or dates debt was incurred**
3/6/2023

**As of the petition filing date, the claim is:**                 $200,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.115

Turducken
PO Box 573
Caruthers, CA 93609

**Date or dates debt was incurred**
4/4/2023

**As of the petition filing date, the claim is:**                 $60,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.116

Turducken (Wire #59368313)
PO Box 573
Caruthers, CA 93609

**Date or dates debt was incurred**
8/18/2022

**As of the petition filing date, the claim is:**                 $40,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.117

Turducken LLC ILO
PO Box 573
Caruthers, CA 93609

**Date or dates debt was incurred**
2/22/2023

**As of the petition filing date, the claim is:**                 $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.118**

Ultra Funding

**Date or dates debt was incurred**
8/12/2022

As of the petition filing date, the claim is: $144,048.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.119**

Wendy P Goforth Or David Goforth
2609 Joshua Ave
Clovis, CA 93611

**Date or dates debt was incurred**
2/28/2023

As of the petition filing date, the claim is: $25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.120**

Western Technology Investment
104 La Mesa Drive, Suite 102
Portola Valley, CA 94028

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $60,527.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Venture Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

**3.121**

William P Reynolds (N04PD2015HAVC57K April Wire)

**Date or dates debt was incurred**
4/25/2023

As of the petition filing date, the claim is: $50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Loan

**Is the claim subject to offset?**
☐ No

☐ Yes

3.122

WTI
1555 N. Rivercenter Dr
Suite 302
Milwaukee, WI 53212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $349,962.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | | |
| Stuart and Lisa Woolf Living Trust<br>3917 N. Wilson<br>Fresno, CA 93704 | Line<br>3.113<br><br>☐ Not listed. Explain | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $167,967,843.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $167,967,843.45 |

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Master Lease and Security Agreement<br>**State the term remaining** — 12/31/2038<br>**List the contract number of any government contract** | 1680 14th Street, LLC<br>700 Van Ness Ave<br>Fresno, CA 93721<br><br>New Island Capital Management<br>Attn: General Counsel<br>560 Commercial St<br>Ste 400<br>San Francisco, CA 94111<br><br>Sheppard Mullin - Address Redacted |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Master Lease and Security Agreement<br>**State the term remaining** — 6/30/2037<br>**List the contract number of any government contract** | 1701 18th Street, LLC<br>700 Van Ness Avenue<br>Fresno, CA 93721<br><br>New Island Capital Management<br>Attn: General Counsel<br>560 Commercial St<br>Ste 400<br>San Francisco, CA 94111<br><br>Sheppard Mullin - Address Redacted |

**2.3**  **State what the contract or lease is for and the nature of the debtor's interest**    Master Lease and Security Agreement

1715 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**State the term remaining**    6/30/2040

**List the contract number of any government contract**

New Island Capital Management
Attn: General Counsel
560 Commercial St
Ste 400
San Francisco, CA 94111

Sheppard Mullin - Address Redacted

---

**2.4**  **State what the contract or lease is for and the nature of the debtor's interest**    Master Lease and Security Agreement

1723 18th Street, LLC
700 Van Ness Avenue
Fresno, CA 93721

**State the term remaining**    6/30/2038

**List the contract number of any government contract**

New Island Capital Management
Attn: General Counsel
560 Commercial St
Ste 400
San Francisco, CA 94111

Sheppard Mullin - Address Redacted

---

**2.5**  **State what the contract or lease is for and the nature of the debtor's interest**    Commercial Sublease

Alpha Works, LLC
700 Van Ness Ave
Fresno, CA 93721

**State the term remaining**    7/5/2027

**List the contract number of any government contract**

---

**2.6**  **State what the contract or lease is for and the nature of the debtor's interest**    Commercial Sublease

Bako Tees
Attn: Dena Polland
534 Charlana Dr
Bakersfield, CA 93308

**State the term remaining**    2/29/2024

**List the contract number of any government contract**

---

**2.7**  **State what the contract or lease is for and the nature of the debtor's interest**    Commercial Sublease

Bruce's Bagels, Beverages, and Bites LLC [Reset Bar]
Attn: Jennifer Sanderson
700 Van Ness Ave
Fresno, CA 93721

**State the term remaining**    Unknown

**List the contract number of any government contract**

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease | Community Services Employment Training<br>Attn: Raquel Roa<br>312 NW 3rd Ave<br>Visalia, CA 93291 |
|---|---|---|---|
| | State the term remaining | 6/30/2022 | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease | Design HUB<br>Attn: Alfredo Ortega<br>1610 Jenkins Ave #303<br>Bakersfield, CA 93314 |
|---|---|---|---|
| | State the term remaining | 3/31/2024 | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Lease (2600 Ventura) | Durant Enterprises, L.P. and Baltara Enterprises, L.P.<br>Attn: William A Dyck<br>2025 N Gateway<br>#101<br>Fresno, CA 93727 |
|---|---|---|---|
| | State the term remaining | 10/31/2039 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Standard Industrial/Commercial Multi-Tenant Lease | Grosslight Living Trust and Longview Industrial Investments, a California Limited Partnership<br>c/o Felsenthal Property Management, Inc.<br>9201 Wilshire Blvd<br>Ste 301<br>Beverly Hills, CA 90210 |
|---|---|---|---|
| | State the term remaining | 12/31/2023 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease | Nostar Technology Group<br>Attn: Derek Brown<br>1701 Sprucehaven St<br>Bakersfield, CA 93312 |
|---|---|---|---|
| | State the term remaining | 4/30/2024 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Sublease | The Sierra Club<br>Attn: Larry Foster<br>2101 Webster St #1300<br>Oakland, CA 94612 |
|---|---|---|---|
| | State the term remaining | 4/30/2023 | |
| | List the contract number of any government contract | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Sublease | Werx Realty Group Inc<br>Attn: Anthony Kessler<br>1300 Tyler Ct<br>Bakersfield, CA 93314 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease and Security Agreement | 747 R Street, LLC<br>700 Van Ness Avenue<br>Fresno, CA 93721 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2037 | |
| | **List the contract number of any government contract** | | New Island Capital Management<br>Attn: General Counsel<br>560 Commercial St<br>Ste 400<br>San Francisco, CA 94111 |
| | | | Sheppard Mullin - Address Redacted |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Shared Workspace Agreement | Bitwise Impact<br>700 Van Ness Ave<br>Fresno, CA 93721 |
|---|---|---|---|
| | **State the term remaining** | 1/1/2024 | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Sublease | Bruce's Bagels, Beverages, and Bites LLC dba Railway<br>Attn: Jennifer Sanderson<br>700 Van Ness Avenue<br>Fresno, CA 93721 |
|---|---|---|---|
| | **State the term remaining** | 3/14/2028 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease (2721 Ventura) | Durant Enterprises, L.P. and Baltara Enterprises, L.P.<br>Attn: William A Dyck<br>2025 N Gateway<br>#101<br>Fresno, CA 93727 |
|---|---|---|---|
| | **State the term remaining** | 10/31/2039 | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Lease (700 Van Ness) | Durant Enterprises, L.P. and Baltara Enterprises, L.P.<br>Attn: William A Dyck<br>2025 N Gateway<br>#101<br>Fresno, CA 93727 |
|---|---|---|---|
| | **State the term remaining** | 10/31/2039 | |
| | **List the contract number of any government contract** | | |

**2.20**  **State what the contract or lease is for and the nature of the debtor's interest**

Commercial Sublease

Las Mañanitas
Attn: Allen Juarez
5513 N Barcus Ave
Fresno, CA 93722

**State the term remaining**

12/14/2025

**List the contract number of any government contract**

**2.21**  **State what the contract or lease is for and the nature of the debtor's interest**

Commercial Sublease

Las Mañanitas
Attn: Allen Juarez
5513 N Barcus Ave
Fresno, CA 93722

**State the term remaining**

12/20/2025

**List the contract number of any government contract**

**2.22**  **State what the contract or lease is for and the nature of the debtor's interest**

Master Lease Agreement

SPE Toledo IC MT, LLC
c/o PNC Real Estate
Attn: HTC Asset Management
300 Fifth Ave
14th Floor
Pittsburg, PA 15222-2401

**State the term remaining**

Unknown

**List the contract number of any government contract**

Kutack Rock LLP
Attn: Scott P. Neill
1650 Farnam St
Omaha, NE 68130

**2.23**  **State what the contract or lease is for and the nature of the debtor's interest**

Memorandum of Understanding

Bitwise Impact
700 Van Ness Ave
Fresno, CA 93721

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.24**  **State what the contract or lease is for and the nature of the debtor's interest**

Grant Agreement

City of Fresno
Attn: Courtney Espinoza
Grants Management Unit
2600 Fresno Street
Fresno, CA 93721

**State the term remaining**

10/17/2023

**List the contract number of any government contract**

**2.25**  **State what the contract or lease is for and the nature of the debtor's interest**

Memorandum of Understanding

City of Fresno
Attn: Kelly Trevino
2600 Fresno Street
Fresno, CA 93721

**State the term remaining**

1/31/2023

**List the contract number of any government contract**

**2.26**   **State what the contract or lease is for and the nature of the debtor's interest**   Memorandum of Understanding

Mitch Kapor and Freada Kapor - Address Redacted

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.27**   **State what the contract or lease is for and the nature of the debtor's interest**   Memorandum of Understanding

MK Level Playing Field Institute
Attn: Duane Valz

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.28**   **State what the contract or lease is for and the nature of the debtor's interest**   Contract Expansion Letter of Agreement

Strategies 360, Inc.
1505 Westlake Ave N
Suite 1000
Seattle, WA 98109

**State the term remaining**   Unknown

**List the contract number of any government contract**

**2.29**   **State what the contract or lease is for and the nature of the debtor's interest**   The Hanover Insurance Group - General Liability Policy (Policy No. LHF D041495) 9/2/22-9/2/23

The Hanover Insurance Group
PO Box 580045
Charlotte , NC 28258-0045

**State the term remaining**   9/2/2023

**List the contract number of any government contract**

James G Parker Insurance
PO BOX 3947
Fresno, CA 93650

**2.30**   **State what the contract or lease is for and the nature of the debtor's interest**   The Hanover Insurance Group - Commercial Umbrella Policy (Policy No. UHF D294310) 9/2/22-9/2/23

The Hanover Insurance Group
PO Box 580045
Charlotte , NC 28258-0045

**State the term remaining**   9/2/2023

**List the contract number of any government contract**

James G Parker Insurance
PO BOX 3947
Fresno, CA 93650

**2.31**   **State what the contract or lease is for and the nature of the debtor's interest**   The Hanover Insurance Group - Commercial Package Policy (Policy No. ZHF D034676) 9/2/22-9/2/23

The Hanover Insurance Group
PO Box 580045
Charlotte , NC 28258-0045

**State the term remaining**   9/2/2023

**List the contract number of any government contract**

James G Parker Insurance
PO BOX 3947
Fresno, CA 93650

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | The Hartford Fire Insurance Company - Commercial Package (Policy No. 51UENBD2019 )11/10/22-11/10/23 | The Hartford Fire Insurance Company One Hartford Plaza Hartford, CT 06155 |
| | **State the term remaining** | 11/10/2023 | |
| | **List the contract number of any government contract** | | James G Parker Insurance PO BOX 3947 Fresno, CA 93650 |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | The Scottsdale Insurance Company/Nationwide Management Liability & Specialty Policy (Policy No. #EKS3423969) 4/30/2023-4/30/2024 | The Scottsdale Insurance Company c/o Nationwide Management Liability & Specialty Attention: Claims Manager 7 World Trade Center, 37th Floor 250 Greenwich Street New York, NY 10007 |
| | **State the term remaining** | 4/30/2024 | |
| | **List the contract number of any government contract** | | Scottsdale Insurance Company General Counsel One Nationwide Plaza Columbus, OH 43215 |

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Bitwise Industries, Inc. | Bitwise Industries, Inc. 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.2 BWRD, LLC | BWRD, LLC 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Alpha Works Technologies, Inc. | Alpha Works Technologies, Inc. 700 Van Ness Avenue Fresno, CA 93721 | Greenline CDF Subfund XXXVI LLC | ☑ D ☐ E/F ☐ G |
| 2.4 Bitwise Industries, Inc. | Bitwise Industries, Inc. 700 Van Ness Avenue Fresno, CA 93721 | GZ Impact Fund I, L.P. | ☑ D ☐ E/F ☐ G |

**2.5**
BWRD, LLC

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

GZ Impact Fund I, L.P.

☑ D
☐ E/F
☐ G

**2.6**
Alpha Works
Technologies, Inc.

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

GZ Impact Fund I, L.P.

☑ D
☐ E/F
☐ G

**2.7**
Bitwise Industries, Inc.

Bitwise Industries, Inc.
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

**2.8**
BWRD, LLC

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

**2.9**
Alpha Works
Technologies, Inc.

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

Sobrato Family Foundation

☑ D
☐ E/F
☐ G

**2.10**
BWRD, LLC

BWRD, LLC
700 Van Ness Avenue
Fresno, CA 93721

The Scottsdale Insurance Company

☐ D
☐ E/F
☑ G

**2.11**
Alpha Works
Technologies, Inc.

Alpha Works Technologies, Inc.
700 Van Ness Avenue
Fresno, CA 93721

The Scottsdale Insurance Company

☐ D
☐ E/F
☑ G

**2.12**
Bruce's Bagels,
Beverages, & Bites, LLC

Bruce's Bagels Beverages and Bites LLC
700 Van Ness Avenue
Fresno, CA 93721

The Scottsdale Insurance Company

☐ D
☐ E/F
☑ G

**Fill in this information to identify the case:**

Debtor name: BW Industries Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 23-00000

☐ **Check if this is an amended filing**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 06/28/2023 | /s/ Ollen Douglass |
| Executed on | Signature of individual signing on behalf of debtor |
| | Ollen Douglass |
| | Printed name |
| | Interim President |
| | Position or relationship to debtor |