Chapter 7 Matters

May 8, 2024 at 2:00 PM

| First Name | Last Name | Firm | Rep | Case Number | Via |
|---|---|---|---|---|---|
| Marla | Benedek | Cozen O'Connor | Chapter 7 Trustee | 23-10844-MFW | Video and Audio |
| Estela | Jaramillo | The Business Journal | | 23-10844-MFW | Audio Only |
| Michael | McCormick | Ter Services LLC | Ter Services LLC | 23-10844-MFW | Video and Audio |
| Drew | McGehrin | c/o Duane Morris LLP | The NICbyte Group | 23-10844-MFW | Video and Audio |
| Joel | Nesset | Cozen O'Connor | Chapter 7 Trustee | 23-10844-MFW | Video and Audio |
| Flavia | Takahashi Flores | | FTF Sales Inc | 23-10844-MFW | Video and Audio |
| Marla | Benedek | Cozen O'Connor | Chapter 7 Trustee | 19-12051-MFW | Video and Audio |
| Taylor | Harrison | | | 19-12051-MFW | Audio Only |
| Christina | Sanfelippo | | Jeoffrey L. Burtch, Chapter 7 Trustee | 19-12051-MFW | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | 19-12051-MFW | Audio Only |
| Evan | Miller | Saul Ewing LLP | Charles Forman, the Chapter 7 Trustee | 11-12991-MFW | Video and Audio |