# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BITWISE INDUSTRIES, INC.<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10845-MFW<br><br>RE: Docket Item 242<br><br>Hearing Date: August 7, 2024 at 2:00 p.m. ET |

### [PROPOSED] ORDER GRANTING AMAZON WEB SERVICES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO TERMINATE EXECUTORY CONTRACT WITH BITWISE INDUSTRIES, INC.

Upon the *Motion of Amazon Web Services, Inc. to Terminate Executory Contract with Bitwise Industries, Inc.* (the "Motion"), in which Amazon Web Services, Inc. ("AWS") requests entry of an order granting it relief from stay, terminating the Agreement[2] with Bitwise Industries, Inc., and relieving AWS from further performance in connection therewith, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Agreement, and the Beranek Decl.; and this Court having held a hearing on the Motion; and this Court having determined that the legal and factual bases set forth in the

---

[2] Capitalized terms not defined in this Order shall have the meanings given to them in the Motion.

Motion establish just cause for the relief granted herein; **NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted solely as set forth herein.

2. The Agreement is shall be deemed terminated upon the thirtieth (30th) day following entry of this order (the "Termination Date") without further notice.

3. Upon the Termination Date, AWS shall have no obligations of performance under the Agreement and the Debtor's associated AWS Account.

4. AWS is hereby granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to delete the Debtor's AWS Account and all data stored in connection therewith no sooner than the Termination Date, without further notice.

5. This Order shall be effective immediately, and the stay set forth in Bankruptcy Rule 4001(a)(3) shall not apply.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: August 6th, 2024
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE