IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BW Industries Inc. *et al.*,[1]<br>Debtors. | Chapter 7<br>Case No. 23-10844-MFW<br>(Jointly Administered)<br>**Re: Docket No. 197** |

## CERTIFICATE OF NO OBJECTION

I, Mark E. Felger, hereby certify that as of the date hereof, I have received no answer, objection, or other responsive pleading to the *Trustee's Motion for Order Approving Settlement Agreement With Bethany Mily Pursuant to Fed. R. Bankr. P. 2019* (the "Motion") [Docket No. 197] filed with the Court on January 11, 2024.

Pursuant to the Notice filed with the Motion, objections or other responses to the Motion were to be filed and served no later than January 24, 2024 at 4:00 p.m. (ET), extended to November 27, 2024 at 4:00 p.m. (ET) for Mitchell Kapor, Paula Pretlow, Ollen Douglass, Joseph Proietti, Agri Capital, Inc. and CA AG, LLC.  I further certify that I have caused the Court's docket in these cases to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.

*-Intentionally blank-*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): BW Industries Inc. (23-10844-MFW); Bitwise Industries, Inc. (23-10845-MFW); BWRD, LLC (23-10846-MFW); Alpha Works Technologies, LLC (23-10847-MFW); Bruce's Bagels, Beverages, and Bites, LLC (23-10848-MFW).

74376883\1

2

The undersigned counsel respectfully requests that the Court enter the proposed form of Order filed with the Motion at its earliest convenience.

Dated: December 2, 2024            **COZEN O'CONNOR**

*/s/ Mark E. Felger*
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
T: 302-295-2000
mfelger@cozen.com

*Counsel for the Interim Chapter 7 Trustee*