# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BW Industries Inc. *et al.*,[1]<br><br>Debtors. | Chapter 7<br>Case No. 23-10844-MFW<br>(Jointly Administered)<br>**Re: Docket No. 197** |

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH BETHANY MILY PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the motion (the "Motion")[2] filed by Jeoffrey L. Burtch, Chapter 7 Trustee, seeking approval of that certain Settlement Agreement and Release of Claims, a copy of which was attached to the Motion as Exhibit A, (the "Settlement Agreement"); the Bankruptcy Court being satisfied that the compromise as set forth in the Settlement Agreement is fair and equitable, and meets or exceeds the range of reasonableness required for relief under Fed. R. Bankr. P. 9019; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion given to the Notice Parties, as provided in the Motion, is adequate and sufficient.

3. The Settlement Agreement is **APPROVED**.

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses): BW Industries Inc. (23-10844-MFW), Bitwise Industries, Inc. (23-10845-MFW), BWRD, LLC (23-10846-MFW), Alpha Works Technologies, LLC (23-10847-MFW), and Bruce's Bagels, Beverages, and Bites, LLC (23-10848-MFW).

[2] Capitalized terms not otherwise defined herein shall have the same meanings assigned in the Motion.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlement Agreement.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation or enforcement of the Settlement Agreement or this Order.

Dated: December 2nd, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE